IN THE U.S. BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>SARAH HOOVER,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 19-42890-MJH<br><br>ORDER ANNULING STAY (PROPOSED) |

THIS MATTER came before the Court upon the Motion of IH6 Property Washington, L.P. ("IH6 Property") to Annul Stay (the "Motion"). The Court finds that notice of the Motion was given to the Debtor, the Debtor's counsel, the Chapter 13 Trustee, the U.S. Trustee, and all other parties entitled to notice, and finds that such notice was adequate, timely, and in compliance with the Bankruptcy Code and Rules. The Court has reviewed the Motion and the Declarations of Michael Lappano, Jeff Stenman, and John McIntosh filed in support of the Motion. The Court, being fully advised, finds that good cause exists to: (1) annul the automatic stay as of September 9, 2019, for the purpose of validating a trustee's sale held on September 13,

ORDER ANNULING STAY - 1

2019 as to real property commonly known as 18205 106th Street East, Bonney Lake, WA 98391 (the "Property") and legally described as follows:

> LOT 3 PLAY OF CRYSTAL MEADOWS RECORDED MAY 14, 2004, UNDER RECORDING NO. 200405145003, RECORDS OF PIERCE COUNTY, WASHINGTON. SITUATE IN THE CITY OF BONNEY LAKE, COUNTY OF PIERCE, STATE OF WASHINGTON.

Now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the automatic stay is annulled for the purpose of validating the Trustee's Sale held on September 13, 2019 of the Property and recording of the Trustee's Deed; and it is further

ORDERED that the annulment of the automatic stay is retroactive and effective as of the filing of this case on September 9, 2019; and it is further

ORDERED, that IH6 Property may proceed with its state law remedies in obtaining possession of the Property; and it is further

ORDERED that this order shall apply to and be binding upon the Debtor and any trustee in any subsequent bankruptcy proceeding to which this proceeding may be converted; and it is further

ORDERED that this order is not stayed from enforcement pursuant to BR 4001.

//End of Order//

Presented by:

SCHWEET LINDE & COULSON, PLLC


 /s/John A. McIntosh
Thomas S. Linde, WSBA #14426
John A. McIntosh, WSBA #43113
Attorneys for IH6 Property Washington, L.P.

ORDER ANNULING STAY - 2

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101