Judge Mary Jo Heston
Chapter 13
Location: Tacoma
Hearing Date: February 3, 2020
Hearing Time: 1:00 p.m.
Response Due: January 27, 2020

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | Case No.: 19-42890-MJH |
|---|---|
| SARAH HOOVER | **NOTE FOR MOTION TO ANNUL STAY** |
| Debtor(s). | |

TO: Clerk of the Bankruptcy Court, and;

TO: Debtor above named and Debtor's Attorney, and;

TO: U.S. Trustee;

TO: ALL OTHER INTERESTED PARTIES:

    PLEASE TAKE NOTICE that the creditor in the attached motion to annul automatic stay is seeking to annul the automatic stay as of the petition date to validate a trustee's sale of real property commonly known as 18205 106th Street East, Bonney Lake, Washington.

The motion is set for hearing as follows:

Honorable Mary Jo Heston    Time: 1:00 PM

Place: U.S. Bankruptcy Court    Date: February 3, 2020
Tacoma Federal Courthouse
Union Station, 1717 Pacific AVE
Tacoma, WA 98402-3233

    IF YOU OPPOSE the motion, you must file your written response with the court clerk, serve two copies on the Judge's chambers, and deliver copies on the undersigned NOT LATER THAN the RESPONSE DATE, which is January 27, 2020.

NOTE FOR MOTION TO ANNUL AUTOMATIC STAY - 1

SCHWEET LINDE & COULSON, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 10th day of January, 2020.

                                                 /s/   John A. McIntosh
                                                 John A. McIntosh, WSBA #43113
                                                 Attorney for Movant

## DECLARATION OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that the following is true and correct:

That on January 2, 2020, I caused this document to filed electronically through the CM/ECF system which caused the Registered Participants to be served by electronic means as fully reflected on the Notice of Electronic Filing.

Signed at Seattle, Washington on January 2, 2020.

                                               /s/ Maureen A. Fitzgerald
                                             Maureen A. Fitzgerald

NOTE FOR MOTION TO ANNUL AUTOMATIC STAY - 2

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
p (206) 275-1010 f (206) 381-0101

Case 19-42890-MJH    Doc 18-2    Filed 01/10/20    Ent. 01/10/20 16:22:52    Pg. 2 of 2