# EXHIBIT A



# LAST WILL of  15-4-01840-7KNT

# ALI SULEIMAN

I, ALI SULEIMAN, declare this to be my Last Will and revoke all other Wills and Codicils that I have made.

At the time of making this Will I am married to AFRIDAH GERUNG SULEIMAN, and we have no children. I have four children from a previous marriage: namely, Gordon Tucker Ali Suleiman, born March 18, 1965; Sofiah Omega Corcoran, born December 30, 1966; Amir Clyde Suleiman, born June 2, 1971; and Sarah Virginia Suleiman, born May 23, 1978.

ARTICLE I

## DEVISES AND BEQUESTS

1.1 <u>Personal Effects</u>. All interest in any and all personal effects, household furniture and furnishings, personal vehicles, pleasure boats and similar articles of personal use I may have at the time of my death, together with any insurance thereon, shall be distributed as I have designated in the most recently signed and dated list which indicates who is to receive certain items of personal effects. It shall be binding upon my personal representative to carry out those directions contained in such list unless the intended recipient is not surviving. Should there be any remaining personal effects thereafter, or in the event there is no such list in existence at the time of my death, then such personal effects, or the remainder thereof, shall be distributed as provided in the ALI SULEIMAN TRUST dated November 25, 2003.

1.2 <u>Remainder Estate</u>. All the rest, residue and remainder of my estate, of whatever nature and wherever situated, of which I may own or be entitled at the time of my death, including property over which I may have a power of appointment which I have not otherwise

Initials

1

exercised, released, or refused in writing, to exercise, I give, devise and bequeath to the Trustee of the ALI SULEIMAN TRUST created under a Trust Agreement dated November 25, 2003, by myself as Trustor, which has been signed prior to this Will and is now in full force and effect, as an addition to the principal of said Trust, under the terms, conditions, and provisions contained in said Trust Agreement and any amendments made to said Trust Agreement subsequent to the date of said Trust. If the Trust created by said Agreement shall have terminated prior to my death, then this paragraph of my Will shall be construed to establish a Trust with the same terms and conditions as said ALI SULEIMAN TRUST, including any amendments made prior to the date of my death, and all assets provided for in this paragraph shall go to the Trustee therein named.

## ARTICLE II

### GENERAL PROVISIONS

2.1 <u>Estate and Death Expenses</u>. All inheritance, estate, transfer, succession or death taxes imposed by any taxing authority by reason of my death, whether attributable to property subject to probate administration or to outside transfers, shall be paid out of the residue of my estate as an expense of the administration thereof, without apportionment, deduction or reimbursement therefor, provided that the proceeds from any qualified pension, profit sharing or other retirement plan shall not be used to pay such taxes or any estate obligations.

2.2 <u>Personal Representative</u>. I appoint my son, Gordon T. A. Suleiman, personal representative of my estate. In the event Gordon is unable or unwilling to so act, I appoint my son, Amir C. Suleiman, to be the next alternate and successor personal representative of my estate.

2.3 <u>Non-intervention Powers</u>. I direct that my estate be settled in the manner provided in this Will without the intervention of any court, except as may be required by law in the case of non-intervention Wills. I, therefore, give my personal representative full power to deal with my estate and to do all acts and exercise all rights with relation to such property. As I wish my personal representative to exercise the broadest discretion possible in dealing with my estate, I direct that no bond of any kind shall be required for the performance of duties in any jurisdiction.

IN WITNESS WHEREOF, I have hereunto set my hand to each page hereof November 25, 2003.

_____
ALI SULEIMAN

2

The foregoing instrument, consisting of four pages, including the following page, was subscribed by the TESTATOR, ALI SULEIMAN, who appeared to be of sound mind and memory and was by him declared to be his last Will, in the presence of us, who at his request and in his presence, and in the presence of each other, have hereunto set our hands as witnesses thereto, on the day and year last before written.

_____
Witness
Residing at Kent, Washington

_____
Witness
Residing at Kent, Washington

_____
ALI SULEIMAN

3

## SELF PROVING CERTIFICATE

STATE OF WASHINGTON, County of King; ss.

Before me this day personally appeared, ALI SULEIMAN, BONNIE BUCHANAN and KARI M. KENT, known to me to be the TESTATOR and WITNESSES, respectively, whose names are subscribed to the foregoing instrument in their respective capacities, and after being sworn, on oath stated:

1. That each of them was of legal age at the time of the execution of the attached Will.

2. That immediately prior to the execution of the attached Will the Testator declared the document to be his last Will and requested the witnesses to witness and subscribe it.

3. That the Testator signed the Will in the presence of the witnesses, and that the witnesses attested the execution of subscribing their names in the presence of the Testator and of each other.

4. That the undersigned and parties making this agreement are the same as the parties who signed the foregoing Will.

5. That the Testator appeared to be of sound mind and acted freely without any duress or undue influence, as did the witnesses.

_____
TESTATOR, ALI SULEIMAN

_____
WITNESS, BONNIE BUCHANAN

_____
WITNESS, KARI M. KENT

SUBSCRIBED, SWORN, and ACKNOWLEDGED TO before me November 25, 2003.

_____
NOTARY PUBLIC: Mark D. Albertson
State of Washington, residing in Kent
My appointment expires 12-25-05

*MARK D. ALBERTSON
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
DECEMBER 25, 2005

4