# EXHIBIT B

# Christina Henry

| | |
|---|---|
| **From:** | Sarah Hoover <sarahvhoover@gmail.com> |
| **Sent:** | Tuesday, November 19, 2019 4:12 PM |
| **To:** | Christina Henry |
| **Subject:** | Fwd: Suleiman |
| **Attachments:** | AS Certificate of Death.jpg; Certificate and Affidavit of Trust 1 of 3.jpg; Certificate and Affidavit of Trust 2 of 3.jpg; Certificate and Affidavit of Trust 3 of 3.jpg |

---------- Forwarded message ----------
From: **Sarah Hoover** <sarahsuleiman@msn.com>
Date: Friday, May 17, 2019
Subject: Suleiman
To: "sarahvhoover@gmail.com" <sarahvhoover@gmail.com>

---

**From:** Sarah Hoover
**Sent:** Friday, January 11, 2019 3:11 PM
**To:** sii@ocwen.com; sarahvhoover@gmail.com; titanhomes2018@outlook.com
**Subject:** Suleiman

Hello,

As requested please find a copy of my father's death certificate and affidavit of trust. I would like to assume the loan if possible. If you have any questions or need anything more, please contact me at 253-273-2245 or email at sarahvhoover@gmail.com. Property information as follows:

Ali Suleiman
18205 106th St E
Bonney Lake, WA 98391



Thank you,

Sarah V. Hoover

253-273-2245
sarahvhoover@gmail.com
sarahsuleiman@msn.com

[18205 106th St E](18205 106th St E)
Bonney Lake, WA 98391

--
Sarah Hoover
253-677-3832

# U.S. Department of State
## REPORT OF DEATH OF A U.S. CITIZEN OR U.S. NON-CITIZEN NATIONAL ABROAD

Post: Jakarta  
Date of Issue (mm-dd-yyyy): 03-02-2015

SSA No. [redacted]

Name in full: Ali Suleiman     Age: 76

Date (mm-dd-yyyy) and Place of Birth: [redacted] Indonesia

Evidence of U.S. Citizenship: Regular Passport # [redacted]0472 Issued On April 11, 2005

Address in U.S.A.: 24805 22nd Ave S. Kent, Washington 98032 United States Of America

Permanent or Temporary Address Abroad: Komp. Sukarami Patra Permai IV H 9A Kebun Bunga Palembang, Indonesia

Date of death: Month: Feb  Day: 24  Hour: —  Minute: —  Year: 2015

Place of death: RSUP Dr. Mohammad Hoesin (Number and street or Hospital/hotel)  Palembang, South Sumatera (City)  Indonesia (Country)

Cause of death: Not provided by Local Government  
*Including authority for statement - if physician, include full name and official title, if any.*

Disposition of the remains: Buried in Pemakaman Kambojah, Palembang, South Sumatera, Indonesia on 02/27/2015

Local law governing disinterment of remains provides that: N/A

Disposition of the effects: Nurhasinah Suleiman

Person or official responsible for custody of effects and accounting therefore: Nurhasinah Suleiman

Traveling/residing abroad with relatives or friends as follows:

| NAME | ADDRESS |
|---|---|
| Nurhasinah Suleiman | Komp. Sukarami Patra Permai IV H 9A, RT006/003, Kebun Bunga Palembang, South |

Informed by telegram or telephone:

| NAME | ADDRESS | DATE (mm-dd-yyyy) NOTIFIED |
|---|---|---|
| Sarah Hoover | 18205 106th St. E Bonney Lake, WA USA 98391 | 2/27/2015 |

Copy of this report sent to:

| NAME | ADDRESS | DATE (mm-dd-yyyy) SENT |
|---|---|---|
| Nurhasinah Suleiman | Komp. Sukarami Patra Permai IV H 9A, RT006/003, Kebun | 3/2/2015 |
| Sarah Hoover | 18205 106th St. E Bonney Lake, WA USA 98391 | 3/2/2015 |
| Amir Suleiman | 24805 22nd Ave S. Kent, WA USA 98032 | 3/2/2015 |

Notification or copy sent to Federal Agencies: SSA  x VA __ CSC __ Other _____  
State Agency

The original copy of this document and information concerning the effects are being placed in the permanent files of the U.S. Department of State, Washington, DC 20520.

Remarks:  
03/02/2015 this ROD is also sent to: Sofiah Corcoran (Daughter), c/o Amir Suleiman, 24805 22nd Ave S

(Continue on reverse if necessary.)

[SEAL]

Signature on all copies.

Michael Sweeney, Consul of the United States of America.

DS-2060 (Formerly OF-180)  
11-2012

For Additional Certified Copies, see http://travel.state.gov/passport/faq/faq_5057.html

(Last name) Suleiman  (First name) Ali  (Middle name) —  (Date (mm-dd-yyyy) of death) 02-24-2015

# CERTIFICATE AND AFFIDAVIT OF TRUST
## (RCW 11.98.075)

Amir C. Suleiman and Sarah V. Hoover, Trustee of the Ali Suleiman Trust (the "Trust") being first duly sworn on oath, hereby certify(ies), represent(s), warrant(s) and declare(s) as follows:

**Trust Information**

1. Trust name (as stated in the Trust document) or name by which Trust is commonly known: Ali Suleiman Trust.

2. Names of all grantors, settlors, trustors, or other creators of Trust: Ali Suleiman.

3. Date Trust document was executed (including date of any Will): November 25, 2003.

4. State or other jurisdiction in which Trust established: Washington.

5. Type of Trust: Irrevocable.

6. Manner in which title to Trust assets is held: The name of the Trust is (assets are titled thus) Ali Suleiman Trust.

**Trustee Information**

7. Name of current Trustees: Amir C. Suleiman and Sarah V. Hoover.

8. Address of each currently acting Trustee:
   Amir C. Suleiman
   24805 22nd Ave S
   Kent, WA 98032

   Sarah V. Hoover
   18205 106th St E
   Bonney Lake, WA 98391

9. Names of successor Trustee (as named in Trust document or, if applicable, named in accordance with Trust document): If Amir C. Suleiman or Sarah V. Hoover are unwilling or unable to act, Sofiah O. Corcoran shall be Co-Trustee in their place.

10. Under the terms of the Trust document: On November 25, 2003, the Ali Suleiman Trust was established by Ali Suleiman, as Trustor. The Trustor died on February 24, 2015. The Trust is now irrevocable and the Trust provides the successor Trustees can undertake any transactions relating to the management of the assets of the Trust.

11. The Trustees are authorized to do the following: Article IV of the Trust provides that the "Trustees shall have as to the Trust Estate and in the execution of this Trust all the rights, powers and privileges which an absolute owner of the same property would have, including, without limiting the generality of the foregoing, the powers granted by law . . . and the following special rights, powers, and privileges: . . ." Trust assets may be used as collateral for a loan. The specific rights, powers, and privileges are very extensive and broad and are designed to give the Trustees wide latitude in managing the Trust.

12. Trustees' powers include, but are not limited to:

    a. The powers to sell, convey and exchange: [X] Yes [ ] No (check one)
    b. The power to borrow money and pledge and encumber trust property with a deed of trust or mortgage [X] Yes [ ] No (check one)

**Miscellaneous Information**

13. To the best of the knowledge of Trustees, there is no claim, litigation, cause of action alleged, or challenge of any kind, which contests or questions the validity of the Trust or a Trustee's authority to act on behalf of the Trust.

14. The Trust is in full force and effect and has not been terminated, revoked, amended or modified in any way that causes the representations in this Certificate and Affidavit of Trust to be inaccurate or incorrect.

RCW 11.98.075 (8) states: A person making a demand for the trust instrument in addition to a certification of trust or excerpts is liable for damages, including reasonable attorney fees, if the court determines that the person did not act in good faith in demanding the trust instrument.

_____
Amir C. Suleiman, Co-Trustee

SUBSCRIBED and SWORN TO before me this 19th day of March, 2015.

David A. Johnson
NOTARY PUBLIC David A. Johnson
In and for the State of Washington
My appointment expires 6-28-15

*Sarah V. Hoover*
Sarah V. Hoover, Co-Trustee

SUBSCRIBED and SWORN TO before me this  19th  day of March, 2015.

David A. Johnson
NOTARY PUBLIC *David A. Johnson*
In and for the State of Washington
My appointment expires  6-28-15

[Notary Seal: DAVID A. JOHNSON, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 06-28-15]