# EXHIBIT C



OCWEN Loan Servicing, LLC
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll-Free: 800.746.2936

## Applicant Information Form
The following information is required and will help us provide the best possible service.

**Account Number:** ▮▮▮▮5107

**Property Address:** 18205 106th St E
Bonney Lake, WA 98391-8137

### Applicant Information

Applicant 1 Name: Sarah Hoover
Applicant 2 Name:

Social Security Number: ▮▮▮-▮▮-8882
Home Area Code & Phone: ▮▮▮▮▮▮▮▮▮▮
Social Security Number:
Home Area Code & Phone:

Employer Name: Titan Home Install
Employer Address: 18205 106th St. E
Employer Name:
Employer Address:

Employer City, State: Bonney Lake, WA
Employer Zip Code: 98391
Employer City, State:
Employer Zip Code:

Relationship to Current Borrower: daughter
Relationship to Current Borrower:

### Occupancy and Mailing Information

Will you occupy this property? ☒ Yes ☐ No

Was this property acquired for a purpose other than a principal residence? ☐ Yes ☒ No

If property involves a corporate ownership, please provide a contact name:

If correspondence is NOT to be mailed to property address, please provide a mailing address:

Street Address | City, State | Zip Code

### Signatures

Applicant 1 Signature: Sarah Hoover
Date: May 17, 19

Applicant 2 Signature:
Date:

NMLS # 1852    ASFMLR
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

Page 3 of 6

Case 19-42890-MJH    Doc 25-3    Filed 01/27/20    Ent. 01/27/20 22:52:01    Pg. 2 of 6



Ocwen Loan Servicing, LLC
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll-Free: 800.746.2936

# Owner Occupancy Certification

**Account Number:** ███████05107

**Property Address:** 18205 106th St E
Bonney Lake, WA 98391-8137

### PLEASE READ THIS CAREFULLY!

To process this request, we need to verify whether or not the undersigned will be occupying the above-referenced property as a principal residence or second home.

Please note - The certifications listed below will be taken into consideration in reviewing this request.

In the event this request is approved and it is subsequently determined that any of the certifications listed below are untrue, the undersigned will be considered to be in default under the mortgage documents, and Ocwen Loan Servicing, LLC, its successors and/or assigns may enforce its rights under the terms of the mortgage.

**Please Check the Appropriate Item and Sign Below:**

1. __✓__ Owner Occupied Assumption.

   I understand Ocwen Loan Servicing, LLC has agreed to process my mortgage assumption application on the basis that I will personally occupy the above referenced property (the "property") as my principal residence or second home. In this regard, I certify to Ocwen Loan Servicing, LLC:

   a. I will occupy, establish and use the property as my principal residence or second home for at least one year after the date of such occupancy, unless Ocwen Loan Servicing, LLC or any subsequent note holder, otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond my control; and

   b. I have no intent to lease (except for leases for additional units in a two- to four-unit residence), sell, assign or transfer any interest in the property to another party and have not entered into any agreement, understanding or other arrangement to lease, sell, assign or transfer any interest in the property. I agree to promptly notify Ocwen Loan Servicing, LLC in writing if I change my intent during the assumption and/or the processing of my application.

2. _____ Non-Owner Occupied Assumption.

   I am not presently, nor will I be, occupying the above-referenced property as my principal residence or second home.

**SIGN HERE** → *Sarah Horner*
Applicant 1 Signature

**SIGN HERE** → _____
Applicant 2 Signature

May 17, 19
Date

_____
Date

NMLS # 1852                                                                 ASFMLR
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**OCWEN Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll-Free: 800.746.2936

# Assumption of Liability Agreement

**Account Number:** ████████05107

**Property Address:** 18205 106th St E
Bonney Lake, WA 98391-8137

The undersigned, having acquired title to that certain real property described in a Deed of Trust or Mortgage ("Security Instrument"), which was used to secure a Promissory Note dated **July 25, 2006** in the original principal sum of **$333,000.00** with a first payment date of **September 1, 2006**, hereby agrees to assume, become liable for, and pay the indebtedness evidenced by the Promissory Note, and is bound by and must perform all of the conditions, obligations and covenants of the original Promissory Note, Security Instrument, and any modifications thereof.

Property: The undersigned further agrees that the property described in the said Security Instrument shall be held as security for any and all indebtedness of the undersigned, whether now existing or hereafter created. Nothing in this Agreement shall affect or be construed to affect the priority of the lien created by the Security Instrument over other liens and encumbrances against the property or otherwise. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Agreement.

Delinquent Amounts and Balloon Provisions: The undersigned has been made aware of, and is responsible for, any delinquent amounts that remain outstanding and any balloon payments, if applicable.

Taxes and Insurance: The undersigned assumes liability for payment of any unpaid taxes, assessments, insurance premiums or other similar amounts due now or in the future. The undersigned understands that such amounts could be included in the monthly payment amount and agrees to make payments for these amounts as required.

Advice of Counsel: The undersigned represents and warrants that they have read and fully understand the terms of this Agreement, and has had an opportunity to review this Agreement with legal counsel.

Further Assurances: In connection with this Agreement and the transactions contemplated hereby, the undersigned agrees to execute and deliver any additional documents and perform any additional acts that may be necessary or appropriate to effectuate this Agreement and the transactions contemplated hereby.

Entire Agreement: This Agreement contains the entire agreement, and supersedes any prior written or oral agreements between the undersigned and Ocwen Loan Servicing, LLC. There are no representations, agreements, arrangements or understandings, oral or written, between and among the parties hereto relating to the assumption referenced in this Agreement that are not fully expressed herein.

**Signatures**

SIGN HERE → *Sarah Hoover*
Applicant 1 Signature

SIGN HERE → _____
Applicant 2 Signature

May 17, 2019
Date

_____
Date

NMLS # 1852                                                                                         ASFMLR

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



OCWEN

Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll-Free: 800.746.2936

# Application Identification Certificate

**IMPORTANT INFORMATION ABOUT OPENING A NEW ACCOUNT: To help the government fight the funding of terrorism and money-laundering activities, federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.**

**<u>What this means:</u>**

**When opening an account, we will ask for the name, address, date of birth and other information that will allow us to identify the accountholder. We may also ask to see a driver's license or other identifying documents. All applicants must provide the information requested below.**

| | |
|---|---|
| **Lender:** | **Ocwen Loan Servicing, LLC** |
| **Account Number:** | **[redacted]5107** |
| **Property Address** | **18205 106th St E**<br>**Bonney Lake, WA 98391-8137** |

**Borrower / Applicant Information**

Sarah V. Hoover
Applicant/(Borrower) 1 Name

Applicant /(Borrower) 2 Name

May 17, 2019
Today's Date

05/23/78
Date of Birth

Today's Date

Date of Birth

NMLS # 1852 ASFMLR

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Correspondence Logic Form

## Form W-9
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

▶ Go to www.irs.gov/FormW9 for instructions and the latest information.

Give Form to the requester. Do not send to the IRS.

1. Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
   **Sarah Virginia Hoover**

2. Business name/disregarded entity name, if different from above

3. Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes:
   - [ ] Individual/sole proprietor or single-member LLC
   - [ ] C Corporation
   - [ ] S Corporation
   - [ ] Partnership
   - [ ] Trust/estate
   - [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶
   - [✓] Other (see instructions) ▶

4. Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
   Exempt payee code (if any) ____
   Exemption from FATCA reporting code (if any) ____

5. Address (number, street, and apt. or suite no.) See instructions.
   **18205 106th St. E**

6. City, state, and ZIP code
   **Bonney Lake, WA 98391**

7. List account number(s) here (optional)

### Part I — Taxpayer Identification Number (TIN)

Social security number: ███-██-**8882**

### Part II — Certification

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Sign Here — Signature of U.S. person ▶ *Sarah V. Hoover*    Date ▶ **May 17, 2019**

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.