# EXHIBIT E

# NewRez

08/02/2019

ESTATE OF ALI SULEIMAN
18205 106TH ST E
BONNEY LAKE, WA 98391

Loan #: ███████5107
Property: 18205 106TH ST E
BONNEY LAKE, WA 98391

*[Handwritten notes across top:]* 8/21 Tonya Agent ID DTB / Following up to see if paperwork has been uploaded 8/20. that was emailed 8/20. Package RCVD as of 8/21 3:30 pm. Advised call back tomorrow.

Home Assistance Program

Dear Customer,

As your Case Manager I, Shelly Robertson remain committed to working with you. Please contact me with any questions that you have regarding your account or the information contained within this letter. My direct contact number is 800-750-2518, extension 85867. If you cannot reach me and do not wish to leave a message, you may press 0 and another Case Manager will assist you.

PLEASE NOTE THE FOLLOWING IMPORTANT COMMUNICATION REGARDING YOUR ACCOUNT.

Thank you for contacting us about your mortgage. We have received your application for a Homeowners Assistance Program. Our review of the information submitted indicates that your application for a Homeowners Assistance Program is incomplete. **Because your application is incomplete, and because a foreclosure sale date has been scheduled for 09/13/2019, we are unable to review your application.** However, please continue to work with your Case Manager to discuss other options that may be available to you.

Sincerely,

Shelly Robertson
Homeowner Assistance Team

If you have any questions, please contact us at the number provided above between the hours of 8:00am - 8:00pm EST Monday through Friday.

Esta carta contiene informacion importante sobre su cuenta y podria requerir su atencion. Si tiene alguna pregunta y desea hablar en espanol con un empleado, sirvase comunicarse con nosotros al 800-750-2518 durante nuestras horas de oficina normales. Nosotros tenemos representantes cuales hablan en Espanol. Estos representantes estan disponibles las horas de la Lunes a Viernes 8:00am a 8:00pm EST.