# EXHIBIT F

# PHH Log as of 8/20

- 8/20 - Alba QAP ← Agent ID

  What is RMA Package?
  email what I have to
  ~~that~~ HAT @mortgagefamily.com
  & call back in 24-48hrs

- Emailed all paperwork to RMA & copied Shelly

## PHH
### 8/21 - Tonya - ID DTB

- I called to follow up to see if paperwork had been received. As of 3:30pm on 8/21 package was received but not yet reviewed. Advised to call back the following day

## PHH
### 8/23 Shelly - ID-DSO

- First time to actually speak w/ Shelly my acct manager.
- She doesn't think she can speak to me but is now double checking
- paperwork still being processed
- Was advised to call back Monday to see if anything else was needed

E 3:00pm PHH Mtg
### 8/28 Corancie - QCS

Can't help me until she speaks to Shelly who is away from desk on break. She emailed Shelly & has assured me she or Shelly will call me back today by the end of their shift

4:45pm PHH Mtg
### 8/28 Cynthia QC4

Put me on hold then advised me that she spoke to Corancie. & Corancie said Shelly had gone home for the day & she was going to call me closer to 8EST to tell me. Then Cynthia says because you're inside of 37 days there is not going to be a review

## PHH Mtg
### 8/29 - Shurray - DCP

Confirmed no RMA package was ever initiated ~~by~~ by PHH until 8/2 and 8/13 but both those dates were inside of the 37 days. She states that the family transfer was never completed because the ~~title was~~ deed was never changed. So because the transfer was never done the RMA package could never be sent.

PHH Mtg.

8/30 Bonnie  D2B

~~Balance~~ Reinstatement can't be given to me ~~by~~ by PHH. Must be given to me by attorney. Urgent rush request for reinstatement issued today. By Quality. Nothing before. Escalated request for supervisor & case manager to call me back