# EXHIBIT G

# Christina Henry

| | |
|---|---|
| **From:** | Robert McDonald <rmcdonald@qualityloan.com> |
| **Sent:** | Wednesday, September 4, 2019 10:49 AM |
| **To:** | Sarah Hoover |
| **Cc:** | IDSFC; Sierra West; Jeffrey Stenman |
| **Subject:** | RE: SULEIMAN | WA-18-835092-SW | RE: Reinstatement Quote Request *SALE 9.13.19 |
| **Attachments:** | WA-18-835092-SW_SULEIMAN_Reinstatement_Quote__(94201982641AM).pdf |

Sarah

Please see the attached RIQ on Suleiman.

**Robert W. McDonald** | *General Counsel*



*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523
rmcdonald@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to QLSFeedback@qualityloan.com.*

**CONFIDENTIALITY NOTICE**: *The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

**LEGAL DISCLAIMER: Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation. The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.**

**From:** Robert McDonald
**Sent:** Thursday, August 29, 2019 3:53 PM
**To:** 'Sarah Hoover' <sarahvhoover@gmail.com>

1

Case 19-42890-MJH    Doc 25-7    Filed 01/27/20    Ent. 01/27/20 22:52:01    Pg. 2 of 9

Cc: IDSFC <IDSFC@qualityloan.com>; Sierra West <Swest@qualityloan.com>
Subject: RE: SULEIMAN | WA-18-835092-SW | RE: Reinstatement Quote Request

Sarah

I am working on getting this for you. A review of the Trustee's file indicates the loan servicer has not yet provided RI figures to the Trustee. As soon as the quote is available, I will have it sent over. Thank you for your patience.

**Robert W. McDonald** | *General Counsel*



*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523
rmcdonald@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to QLSFeedback@qualityloan.com.*

**CONFIDENTIALITY NOTICE**: *The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

**LEGAL DISCLAIMER: Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation. The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.**

**From:** Sarah Hoover <sarahvhoover@gmail.com>
**Sent:** Thursday, August 29, 2019 10:44 AM
**To:** Robert McDonald <rmcdonald@qualityloan.com>
**Subject:** Re: SULEIMAN | WA-18-835092-SW | RE: Reinstatement Quote Request

Hello Mr. McDonald,

I am following up to see if you have received the reinstatement quote as of yet.

2

Thank you,

Sarah Hoover

On Wed, Aug 14, 2019 at 2:44 PM Robert McDonald <rmcdonald@qualityloan.com> wrote:

Sarah

Thank you. Email received. Per our discussion I will order a reinstatement quote and have it sent out once available.

**Robert W. McDonald** | *General Counsel*



*"Excellence Starts Here"*

108 1st Avenue South, Suite 202

Seattle, WA 98104

d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523

rmcdonald@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to QLSFeedback@qualityloan.com.*

**CONFIDENTIALITY NOTICE**: *The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no*

*charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

**LEGAL DISCLAIMER: Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation. The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.**

**From:** Sarah Hoover <sarahvhoover@gmail.com>
**Sent:** Wednesday, August 14, 2019 2:41 PM
**To:** Robert McDonald <rmcdonald@qualityloan.com>
**Subject:** Reinstatement Quote Request

Hello Robert,

Thank you again for speaking with me today. I am writing to request a reinstatement quote. If you need to speak with me about anything further please contact me at this email address or on my ███████████ .

PHH Mortgage Loan number ██████5107

Estate of Ali Suleiman

18205 106th St E

Bonney Lake, WA 98391

Sincerely,

4

Sarah Hoover

253-677-3832

sarahvhoover@gmail.com



108 1st Ave South, Suite 202 • Seattle, WA 98104 • (866) 925-0241

September 4, 2019

| | |
|---|---|
| Account Number Ending With: | XXXXXX5107 |
| Property Address: | 18205 106TH STREET EAST, BONNEY LAKE, WA 98391 |
| Requestor Email Address: | *robert mcdonald;sarahvhoover@gmail.com* |
| Borrower(s): | ALI SULEIMAN, Amir Suleiman, NURHASINAH SULEIMAN, SARAH HOOVER |

MORTGAGE REINSTATEMENT QUOTE

Dear Requestor,

Please be advised that we have been directed by the servicer of the above-referenced loan to provide you with the following information regarding the reinstatement amount due, and handling of funds.

This correspondence is sent in conjunction with the processing of a non-judicial foreclosure in connection with the above-referenced loan. This letter is in response to a request that was received for a reinstatement quote on the above-referenced account. Please Note: The servicer will not delay in the filing of foreclosure and will not delay or dismiss any pending foreclosure action while awaiting your reinstatement payment.

See below for a breakdown from the servicer of the total amount needed to reinstate this mortgage account.

  1.  The Total Amount Due to Reinstate, listed in the chart below, must be remitted no later than **9/12/2019**. Please see the following pages of this letter for additional information about submitting funds.

  2.  If funds are not received by **9/12/2019**, additional funds may be required to reinstate the account. If funds are received timely and the account is reinstated, the next regular payment is due on 10/1/2019.

*Reinstatement Quote – Page* 1
*Trustee File No.: WA-18-835092-SW*

| Description | Amount |
|---|---|
| Principal and Interest Payment | $18,214.20 |
| Escrow Payment | $9,481.62 |
| Total Amount Due to Reinstate | $27,695.82 |

**QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.** HOWEVER, IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

**Please Note: There are other amounts due on this mortgage account. Repayment of these amounts is not required by the servicer to reinstate the mortgage at this time; however, the account obligations under the mortgage documents must still be fulfilled by the time of payoff.**

| Description | Amount |
|---|---|
| **Late Charge Due** | **$253.00** |
| **Suspense** | **($60.67)** |
| **Property Valuation** | **$85.00** |
| **Certified Mail Cost** | **$110.53** |
| **Foreclosure Fees & Costs** | **$3,657.95** |
| **Total Other Amounts Outstanding and Due** | **$4,045.81** |

The Important Notices on the following pages should be read carefully.

If the account continues to be past due, additional collection expenses, late charges and fees may continue to accrue until the account is reinstated, as permitted under state and federal law.

For any questions regarding this reinstatement quote contact the Payoff and Reinstatement Department at Payoff.reinstatements@qualityloan.com or by calling (866) 925-0241 Ext. 5318.

Sincerely,

**Payoff and Reinstatement Department**
Payoffs.reinstatements@qualityloan.com
(866) 925-0241 Ext. 5318

**Enclosure**

*Reinstatement Quote – Page* 2
*Trustee File No.: WA-18-835092-SW*

## IMPORTANT NOTICES

- **Total other amount due calculation:** The total of other amounts outstanding and due includes expenses the servicer has incurred in connection with the mortgage obligations. These expenses may include trustee fees and costs, property preservation expenses, inspections and other expenses.

- The servicer will not delay or dismiss any pending foreclosure action while awaiting your reinstatement payment, and additional trustee fees and costs may accrue between the date of this letter and the date of reinstatement. In addition, these charges do not include any escrow shortage(s) that may have accrued or will accrue hereafter. At the same time, some of the estimated or amounts projected to become due (*e.g.*, additional attorney's fees, etc.) may not accrue by the time you reinstate the loan, meaning that you would not be charged for them if you reinstate before they accrue.

- Certified funds are required. Payment must be provided via certified funds such as Wire Transfer, Cashier's Check, Certified Bank Check, Title Company Check, Money Order, Attorney's Escrow Check, MoneyGram or Western Union. All other forms of payment will be returned, and the reinstatement amount will not be accepted.

- YOU MUST CONTACT THIS OFFICE BEFORE TENDERING ANY FUNDS TO VERIFY THE EXACT AMOUNT DUE.

### CONVENIENT PAYMENT OPTIONS

| Wire Transfer | Overnight Mail |
|---|---|
| M & T Bank<br>1 MT Plaza, Buffalo, NY, 14203<br>ABA: 022000046 / Account No.: 9865548821<br>Credit to: PHH Mortgage Services | Mail Certified Funds Check to:<br>PHH Mortgage Services<br>Attention: Mail Stop SV-20<br>1 Mortgage Way<br>Mount Laurel, NJ 08054<br>Attn: Cashiering / Payoff Department |

*All checks/money orders should be made payable to PHH Mortgage Services. The mortgage account number, borrower's name and property address should be included on the front of any check or money order.

Sincerely,

**Payoff and Reinstatement Department**
Payoffs.reinstatements@qualityloan.com
(866) 925-0241 Ext. 5318