# EXHIBIT H

# *Elite Legal Network*

14600 Golden West Street, Suite A101 Westminster, CA 92683

Main Toll Free 888-451-9222 / Fax 888-430-4111

---

Client Name: ALI SWEIMAN : SARAH HOOVER

Loan Number: ████████ 5107

To: PHH

Fax #: 856-917-2848

From: Elite Legal Network

Date: 9/9/19

Number of Pages: 27

Re: Loan Modification Documents

Urgent: For Review

---

☑ **RMA**

☑ **4506T**

☑ **HARDSHIP LETTER**

☐ **PAY STUBS**

☑ **BANK STATEMENTS**

☐ **SSI AWARDS LETTER**

☑ **TAX'S**

☑ **LOA**

☒ **OTHER**

HARDSHIP AFFIDAVIT
PROFIT : LOSS
MORTGAGE STATEMENT
DEATH

# UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) bankruptcy; and (4) your credit counseling agency.

On Page 2, you must disclose information about all of your income, expenses and assets. Page 2 also lists the required income documentation that you must submit in support of your request for assistance. Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

NOTICE: In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.

REMINDER: The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) completed and signed IRS Form 4506T-EZ (4506T for self-employed borrowers or borrowers with rental income); (3) required income documentation; and (4) required hardship documentation.

| Loan Number | **5107** | (usually found on your monthly mortgage statement) |
|---|---|---|

Servicer's Name **PHH Mortgage**

I want to: [x] Keep the Property    [ ] Vacate the Property    [ ] Sell the Property    [ ] Undecided

The property is currently: [x] My Primary Residence    [ ] Second Home    [ ] An Investment Property

The property is currently: [x] Owner Occupied    [ ] Renter Occupied    [ ] Vacant

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME **Sarah Hoover** | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER **8882**    DATE OF BIRTH | SOCIAL SECURITY NUMBER    DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE **N/A** | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE | CELL OR WORK NUMBER WITH AREA CODE |

MAILING ADDRESS **18205 106th St. E., Bonney Lake, WA, 98391**

| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME) **Same** | EMAIL ADDRESS **Sarahvhoover@gmail.com** |
|---|---|
| Is the property listed for sale?   [ ] Yes   [x] No | Have you contacted a credit counseling agency for help? |
| If yes, what was the listing date? | [ ] Yes    [ ] No |
| If property has been listed for sale, have you received an offer on the property?   [ ] Yes   [ ] No | If yes, complete the counselor contact information below: |
| Date of offer:    Amount of Offer: | Counselor's Name: |
| Agent's Name: | Agency's Name: |
| Agent's Phone Number | Counselor's Phone Number: |
| For Sale by Owner?   [ ] Yes   [ ] No | Counselor's Email Address: |

| Do you have condominium or homeowner association (HOA) fees? [x] Yes   [ ] No | |
|---|---|
| Total Monthly payment amount: **25.00** | Name and Address fees are paid to? |

| Have you filed for bankruptcy? [x] Yes   [ ] No   If yes? | [ ] Chapter 7   [ ] Chapter 11   [ ] Chapter 12   [ ] Chapter 13 |
|---|---|
| If yes, what is the filing date? **9/9/19**   Has your bankruptcy been discharged? [ ] Yes   [ ] No   Bankruptcy case Number: | |

| Is any borrower an active duty service member? | [ ] Yes [x] No |
|---|---|
| Has any borrower been deployed away from his/her primary residence or received a Permanent Change of Station order? | [ ] Yes [x] No |
| Is any borrower the surviving spouse of a deceased service member who was on active duty at the time of death? | [ ] Yes [x] No |

# UNIFORM BORROWER ASSISTANCE FORM

| Monthly Household Income | | Monthly Household Expenses and Debt Payments | | Household Assets (associated with the property and/or borrower(s) excluding retirement funds) | |
|---|---|---|---|---|---|
| Gross wages | ✓ | First Mortgage Payment | 1564.46 | Checking Account(s) | ✓ |
| Overtime | ✓ | Second Mortgage Payment | 0 | Checking Account(s) | ✓ |
| Child Support / Alimony* | ✓ | Homeowner's Insurance | NA | Savings / Money Market | ✓ |
| Non-taxable social security/SSDI | ✓ | Property Taxes | NA | CDs | ✓ |
| Taxable SS benefits or other monthly income from annuities or retirement plans | ✓ | Credit Cards/ Installment Loan(s) (total minimum payment per month) | 0 | Stock / Bonds | ✓ |
| Tips, commission, bonus and self-employed income | 8290 | Alimony , child support payments* | 0 | Other Cash on Hand | ✓ |
| Rents Received | ✓ | Car Lease Payments | 585.00 | Other Real Estate (estimated value) | |
| Unemployment Income | ✓ | HOA/Condo Fees/Property Maintenance | 25.00 | Other | |
| Food Stamps/ Welfare | ✓ | Mortgage Payments on other properties | ✓ | | ✓ |
| Other | ✓ | Other | ✓ | | ✓ |
| Total (Gross Income) | 8290.00 | Total Household Expenses and Debt Payments | 3094.46 | Total Assets | |

Any other liens (mortgage liens, mechanics liens, tax liens, etc.)

| LienHolder's Name | Balance and Interest Rate | Loan Number | LienHolder's Phone Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## Required Income Documentation

☐ **Do you earn a salary or hourly wage?**

For each borrower who is a salaried employee or paid by the hour, include paystub(s) reflecting the most recent 30 days' or four weeks earnings and documentation reflecting year-to-date earnings, if not reported on the paystubs (e.g. signed letter or printout from employer).

☑ **Are you self-employed?**

For each borrower who receives self-employed income, include a complete, signed individual federal income tax return and, as applicable, the business tax return; AND either the most recent signed and dated quarterly or year-to-date profit/loss statement that reflects activity for the most recent three months; OR copies of bank statements for the business account for the last two months evidencing continuation of business activity

☐ **Do you have any additional sources of income?** Provide for each borrower, as applicable:

**"Other Earned Income"** such as bonuses, commissions, housing allowance, tips, or overtime:
☐ Reliable third-party documentation describing the amount and nature of the income (e.g., paystub, employment contract or printouts documenting tip income).

**Social Security, disability or death benefits, pension, public assistance, or adoption assistance:**
☐ Documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider, and
☐ Documentation showing the receipt of payment, such as copies of the two most recent bank statements showing deposit amounts.

**Rental income:**
☐ Copy of the most recent filed federal tax return with all schedules, including Schedule E  Supplement Income and Loss.  Rental income for qualifying purposes will be 75% of the gross rent you reported, reduced by the monthly debt service on the property, if applicable; or
☐ If rental income is not reported on Schedule E - Supplemental Income and Loss, provide a copy of the current lease agreement with either bank statements or cancelled rent checks demonstrating receipt of rent.

**Investment income:**
☐ Copies of the two most recent investment statements or bank statements supporting receipt of this income.

**Alimony, child support, or separation maintenance payments as qualifying income:***
☐ Copy of divorce decree, separation agreement, or other written legal agreement filed with a court, or court decree that states the amount of the alimony, child support, or separation maintenance payments and the period of time over which the payments will be received, and
☐ Copies of your two most recent bank statements or other third-party documents showing receipt of payment.

*Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.

### HARDSHIP AFFIDAVIT

I am requesting review of my current financial situation to determine whether I qualify for temporary or permanent mortgage loan relief options. Date Hardship Began is: *Feb 2015*

I believe my situation is: ☐ Short-term (under 6 months) ☐ Medium-term ( 6 - 12 months) ☑ Long- term or Permanent Hardship ( greater than 12 months)

**I am having difficulty making my monthly payment because of the reason set forth below:**
*(Please check the primary reason and submit required documentation demonstrating your primary hardship)*

| If Your Hardship is: | Then the Required Hardship Documentation is: |
|---|---|
| ☐ Unemployment | ☐ No hardship documentation required |
| ☐ Reduction in Income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ☐ No hardship documentation required |
| ☐ Increase in Housing Expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control | ☐ No hardship documentation required |
| ☐ Divorce or legal separation; separation of borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law | ☐ Divorce decree signed by the court; OR<br>☐ Separation agreement signed by the court; OR<br>☐ Current credit report evidencing divorce, separation, or non-occupying borrower has a different address; OR<br>☐ Recorded quitclaim deed evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☑ Death of a borrower or death of either the primary or secondary wage earner in the household | ☑ Death certificate; OR<br>☐ Obituary or newspaper article reporting the death |
| ☐ Long-term or permanent disability; Serious illness of a borrower/co-borrower or dependent family member | ☐ Proof of monthly insurance benefits or government assistance (if applicable); OR<br>☐ Written statement or other documentation verifying disability or illness; OR<br>☐ Doctor's certificate of illness or disability; OR<br>☐ Medical Bills<br>None of the above shall require providing detailed medical information |
| ☐ Disaster (natural or man-made) adversely impacting the property or borrower's place of employment | ☐ Insurance claim; OR<br>☐ Federal Emergency Management Agency grant or Small Business Administration loan; OR<br>☐ Borrower or employer property located in a federally declared disaster area |
| ☐ Distant employment transfer/ Relocation | For active-duty servicemembers: Notice of Permanent Change of Station (PCS) or actual PCS orders.<br>For employment transfers/new employment:<br>☐ Copy of signed offer letter or notice from employer showing transfer to a new employment location; OR<br>☐ Paystub from new employer; OR<br>In addition to the above, documentation that reflects the amount of any relocation assistance provided, if applicable (not required for those with PCS orders). |
| ☐ Business Failure | ☐ Tax return from the previous year (including all schedules) AND<br>☐ Proof of business failure supported by one of the following:<br>☐ Bankruptcy filing for the business; OR<br>☐ Two months recent bank statements for the business account evidencing cessation of business activity; OR<br>☐ Most recent signed and dated quarterly or year-to-date profit and loss statement |
| ☐ Other: a hardship that is not covered above | ☐ Written explanation describing the details of the hardship and relevant documentation |

## Borrower/Co-Borrower Acknowledgement and Agreement

I certify, acknowledge, and agree to the following:

1. All of the information in this Borrower Assistance Form is truthful and the hardship that I have identified contributed to my need for mortgage relief.
2. The accuracy of my statements may be reviewed by the servicer, owner or guarantor of my mortgage, their agent(s), or an authorized third party*, and I may be required to provide additional supporting documentation. I will provide all requested documents and will respond timely to all servicer, or authorized third party*, communications.
3. Knowingly submitting false information may violate Federal and other applicable law.
4. If I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this request for mortgage relief or if I do not provide all required documentation, the servicer may cancel any mortgage relief granted and may pursue foreclosure on my home and/or pursue any available legal remedies.
5. The servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
6. I may be eligible for a trial period plan, repayment plan, or forbearance plan. If I am eligible for one of these plans, I agree that:
   a. All the terms of this Acknowledgment and Agreement are incorporated into such plan by reference as if set forth in such plan in full.
   b. My first timely payment under the plan will serve as acceptance of the terms set forth in the notice of the plan sent by the servicer.
   c. The servicer's acceptance of any payments under the plan will not be a waiver of any acceleration of my loan or foreclosure action that has occurred and will not cure my default unless such payments are sufficient to completely cure my entire default under my loan.
   d. Payments due under a trial period plan for a modification will contain escrow amounts. If I was not previously required to pay escrow amounts, and my trial period plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior waiver is revoked. Payments due under a repayment plan or forbearance plan may or may not contain escrow amounts. If I was not previously required to pay escrow amounts and my repayment plan or forbearance plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior escrow waiver is revoked.
7. A condemnation notice has not been issued for the property.
8. The servicer or authorized third party* will obtain a current credit report on all borrowers obligated on the Note.
9. The servicer or authorized third party* will collect and record personal information that I submit in this Borrower Response Package and during the evaluation process. This personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity. I understand and consent to the servicer or authorized third party*, as well as any investor or guarantor (such as Fannie Mae or Freddie Mac), disclosing my personal information and the terms of any relief or foreclosure alternative that I receive to the following:
   a. Any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or any companies that perform support services to them; and
   b. The U.S. Department of Treasury, Fannie Mae and Freddie Mac, in conjunction with their responsibilities under the Making Home Affordable program, or any companies that perform support services to them.
10. I consent to being contacted concerning this request for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender/servicer/ or authorized third party*. By checking this box, I also consent to being contacted by ☐ text messaging.

| _Sarah Hoover_ | _9/9/19_ | | |
|---|---|---|---|
| Borrower Signature | Date | Co-Borrower Signature | Date |

*An authorized third party may include, but is not limited to, a counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

# Monthly Expenses

## Installment Payments

| | | |
|---|---|---|
| Credit Cards | $ | — |
| Student Loans | $ | — |
| Auto Loan # 1 | $ | 585.00 |
| Auto Loan # 2 | $ | — |
| 1st Mortgage | $ | 1564.46 |
| 2nd Mortgage | $ | — |
| Home Equity Loan | $ | 1564.46 |
| Other Mortgages or Consumer Loans | $ | — |
| Total Installment: | | |

## Utility Expenses

| | | |
|---|---|---|
| Electric/Heating Fuel | $ | 250.00 |
| Water & Sewer | $ | 150.00 |
| Telephone/Cell Phone | $ | 350.00 |
| Garbage | $ | 95.00 |
| Security | $ | — |
| Cable TV/Satellite/Internet | $ | 80.00 |
| Rent (not in monthly installments) | $ | — |
| Other Utilities  Internet | | 110.00 |
| Total Utilities | | |

## Transportation Expenses

| | | |
|---|---|---|
| Gas | $ | 550.00 |
| Bus Fare | $ | — |
| Subway/Train | $ | — |
| Car Pool | $ | — |
| Other | $ | — |
| Total Transportation: | | |

## Other Expenses

| | | |
|---|---|---|
| Child Support/Alimony | $ | — |
| Child Care | $ | — |
| Tuition | $ | — |
| Auto Insurance | $ | 125.00 |
| Life Insurance | $ | — |
| Health Insurance (not deducted from pay) | $ | — |
| Medical and Dental | $ | — |
| Tithing/Charity Contributions | $ | — |
| Home Maintenance | $ | 300.00 |
| HOA/Condo Fees | $ | 25.00 |
| Taxes (non-escrow loan) | $ | — |
| Homeowners Insurance (non-escrow loan) | $ | — |
| Total Other | | |

## Food, Clothing & Other Expenses

| | | |
|---|---|---|
| Food | $ | 800.00 |
| Clothing | $ | 400.00 |
| Laundry/Dry Cleaning | $ | 50.00 |
| Housekeeping Supplies | $ | 60.00 |
| Other | $ | — |
| Total Food, Clothing, Other | | |

# Home Affordable Modification Program Hardship Affidavit

Borrower Name (first, middle, last): Sarah Virginia Hoover        Date of Birth: 05/23/78

Co-Borrower Name (first, middle, last): _____        Date of Birth: _____

Property Street Address: 18205 106th St. E.

Property City, ST, Zip: Bonney Lake, WA 98391

Servicer: PHH Mortgage

Loan Number: 5107

In order to qualify for PHH Mortgage _____'s ("Servicer") offer to enter into an agreement to modify my loan under the federal government's Home Affordable Modification Program (the "Agreement"), I/we am/are submitting this form to the Servicer and indicating by my/our checkmarks ("✓") the one or more events that contribute to my/our difficulty making payments on my/our mortgage loan.

| Borrower | | Co-Borrower | | |
|---|---|---|---|---|
| Yes | No | Yes | No | |
| ☐ | ☒ | ☐ | ☐ | My income has been reduced or lost. For example: unemployment, underemployment, reduced job hours, reduced pay, or a decline in self-employed business earnings. I have provided details below under "Explanation." |
| ☒ | ☐ | ☐ | ☐ | My household financial circumstances have changed. For example: death in family, serious or chronic illness, permanent or short-term disability, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members). I have provided details below under "Explanation." |
| ☐ | ☒ | ☐ | ☐ | My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical and health-care costs, uninsured losses (such as those due to fires or natural disasters), unexpectedly high utility bills, increased real property taxes. I have provided details below under "Explanation." |
| ☒ | ☐ | ☐ | ☐ | My cash reserves are insufficient to maintain the payment on my mortgage loan and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments). I have provided details below under "Explanation." |
| ☐ | ☒ | ☐ | ☐ | My monthly debt payments are excessive, and I am overextended with my creditors. I may have used credit cards, home equity loans or other credit to make my monthly mortgage payments. I have provided details below under "Explanation." |
| ☒ | ☐ | ☐ | ☐ | There are other reasons I/we cannot make our mortgage payments. I have provided details below under "Explanation." |

## Information for Government Monitoring Purposes

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| **BORROWER** ☐ I do not wish to furnish this information | | **CO-BORROWER** ☐ I do not wish to furnish this information | |
|---|---|---|---|
| **Ethnicity:** | ☐ Hispanic or Latino<br>☒ Not Hispanic or Latino | **Ethnicity:** | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| **Race:** | ☐ American Indian or Alaska Native<br>☒ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☒ White | **Race:** | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| **Sex:** | ☒ Female<br>☐ Male | **Sex:** | ☐ Female<br>☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name/Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-face interview | Interviewer's Signature          Date | |
| ☐ Mail | | |
| ☐ Telephone | Interviewer's Phone Number (include area code) | |
| ☐ Internet | | |

## Borrower/Co-Borrower Acknowledgement

1. Under penalty of perjury, I/we certify that all of the information in this affidavit is truthful and the event(s) identified above has/have contributed to my/our need to modify the terms of my/our mortgage loan.
2. I/we understand and acknowledge the Servicer may investigate the accuracy of my/our statements, may require me/us to provide supporting documentation, and that knowingly submitting false information may violate Federal law.
3. I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this Hardship Affidavit, or if I/we do not provide all of the required documentation, the Servicer may cancel the Agreement and may pursue foreclosure on my/our home.
5. I/we certify that my/our property is owner-occupied and I/we have not received a condemnation notice.
6. I/we certify that I/we am/are willing to commit to credit counseling if it is determined that my/our financial hardship is related to excessive debt.
7. I/we certify that I/we am/are willing to provide all requested documents and to respond to all Servicer communication in a timely manner. I/we understand that time is of the essence.

8. I/we understand that the Servicer will use this information to evaluate my/our eligibility for a loan modification or other workout, but the Servicer is not obligated to offer me/us assistance based solely on the representations in this affidavit.
9. I/we authorize and consent to Servicer disclosing to the U.S. Department of Treasury or other government agency, Fannie Mae and/or Freddie Mac any information provided by me/us or retained by Servicer in connection with the Home Affordable Modification Program.

_Sarah Hoover_  8/14/19
Borrower Signature          Date

_____  _____
Co-Borrower Signature          Date

E-mail Address: sarahvhoover@gmail.com

Cell Phone # ███████

Home Phone # _____

Work Phone # _____

Social Security # ███ 8882

E-mail Address: _____

Cell Phone # _____

Home Phone #_____

Work Phone # _____

Social Security # ___ __ _____

Explanation: _____

My father, Ali Suleiman, passed away in February 2015. We continued making the mortgage payment using up all

of the cash reserves. Once the mortgage was in default there were no more funds available to reinstate the loan and

continue the payments. I, Sarah Hoover, Ali Suleiman's daughter, would like to assume the loan but am unable to bring

the account current in order to reinstate the loan. I am asking for a loan modification to reinstate the loan as I am

financially able to make the the mortgage payments, just unable to pay the past due. The house was left to me and

a copy of the page in the trust stating the distribution of the house will be included in the paperwork I provide.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Form **4506-T**

(September 2018)
Department of the Treasury
Internal Revenue Service

### Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.

▶ Request may be rejected if the form is incomplete or illegible.

▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t.*

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use **Form 4506, Request for Copy of Tax Return.** There is a fee to get a copy of your return.

**1a** Name shown on tax return. If a joint return, enter the name shown first.

Leo Hoover

**1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)

**2a** If a joint return, enter spouse's name shown on tax return.

Sarah Hoover

**2b** Second social security number or individual taxpayer identification number if joint tax return

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

18205 106th St. E    Bonney Lake    WA, 98391

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5a** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**5b** Customer file number (if applicable) (see instructions)

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶   1040

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . ☒

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.   12 / 31 / 2017   12 / 31 / 2018   / /   / /

**Caution:** Do not sign this form unless all applicable lines have been completed.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

Signature (see instructions)    Date  9/9/19

Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature    Date  9/9/19

For Privacy Act and Paperwork Reduction Act Notice, see page 2.

Cat. No. 37667N

Form **4506-T** (Rev. 9-2018)

Hardship Letter

09/11/2019

To whom it may concern:

My father, Ali Suleiman, passed away in February 2015. We continued making the mortgage payment using up all of the cash reserves. Once the mortgage was in default there were no more funds available to reinstate the loan and continue the payments. I, Sarah Hoover, Ali Suleiman's daughter, would like to assume the loan but am unable to bring the account current and reinstate the loan. I am asking for a loan modification to reinstate the loan as I am financially able to make the mortgage payments, just unable to pay the past due. The house was left to me and has been my family's and my primary residence for many years.

Thank you,

Sarah Hoover

Sarah Hoover

Estate of Ali Suleiman
Account          5107

Property Address:
18205 106th St E
Bonney Lake, WA 98391

# STATEMENT OF ACCOUNTS



Leo B. Hoover
18205 106th St E
Bonney Lake, WA 98391-8137

000000

Statement Period: 07/01/2019 - 07/31/2019

2250508

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 284 | (50.00) | | 50.00 | | 0.00 |
| Business Interest Checking | 317 | 0.01 | (6,769.69) | 6,770.01 | 0.01 | 0.34 |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 250.00 |

## Deposit Account Activity

### Business Member Share Savings - 284

0.00% Annual Percentage Yield Earned for 31 day period
Average Daily Balance: $0.00
Year-to-date dividends: $0.09

0.10% dividends from 07/01/19

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 07/26 | 50.00 | Deposit Transfer from ******7317 |

### Business Interest Checking - 3610187317

0.04% Annual Percentage Yield Earned for 31 day period
Average Daily Balance: $341.29
Year-to-date dividends: $0.10

0.05% dividends from 07/01/19

#### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 07/01 | 2,330.70 | External Deposit LOWES  - TRADE PMT  ISA*00*        *00*        *01*006097142 *ZZ*WACHEDILOWES  *190628*030 0*U*00400*000017468*0*P* |
| 07/03 | 360.00 | External Deposit LOWES  - TRADE PMT  ISA*00*        *00*        *01*006097142 *ZZ*WACHEDILOWES  *190702*030 0*U*00400*000017476*0*P* |
| 07/19 | 1,000.58 | ATM Deposit  BECU 21184 STATE RT 410E   BONNEY LAKE  WAUS Machine# WA053352  Trace# 00000000000000002385 |
| 07/20 | 600.00 | ATM Deposit  BECU 21182 STATE RT 410 E  BONNEY LAKE  WAUS Machine# WA053377  Trace# 00000000000000004246 |

800-233-2328
becu.org            PO Box 97050
Tukwila, WA 98136-0950

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

Case 19-42890-MJH    Doc 25-8    Filed 01/27/20    Ent. 01/27/20 22:52:01    Pg. 14 of 32

# Deposit Account Activity (continued)

## Deposits (continued)

| Date | Amount | Transaction Description |
|---|---|---|
| 07/22 | 1,084.73 | ATM Deposit  BECU 21182 STATE RT 410 E   BONNEY LAKE  WAUS<br>Machine# WA053377  Trace# 0000000000004549 |
| 07/25 | 1,394.00 | ATM Deposit  SOUND CREDIT UNION 9911 PACIFIC AVE          TACOMA        WAUS<br>Machine# 961016  Trace# 00000000000000009722 |
| 07/31 | 0.01 | Dividend/Interest |

## Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 07/01 | (200.00) | ATM Withdrawal  BECU 21182 STATE RT 410 E   BONNEY LAKE  WAUS<br>Machine# WA053377  Trace# 00000000000000009246 |
| 07/01 | (300.00) | ATM Withdrawal  BECU 21182 STATE RT 410 E   BONNEY LAKE  WAUS<br>Machine# WA053377  Trace# 00000000000000009247 |
| 07/01 | (72.00) | POS Withdrawal  89707 SHELL SERVICE S          BONNEY LAKE  WAUS<br>Machine# 08970701  Trace# 00000000918297079730 |
| 07/02 | (10.00) | POS Withdrawal  SQC*CASH APP 1455 MARKET ST          4153753176  CAUS<br>Machine# 0000  Trace# 00000000740240517650 |
| 07/02 | (500.00) | POS Withdrawal  SQC*CASH APP 1455 MARKET ST          4153753176  CAUS<br>Machine# 0000  Trace# 00000000740240477920 |
| 07/02 | (250.00) | POS Withdrawal  SQC*CASH APP 1455 MARKET ST          4153753176  CAUS<br>Machine# 0000  Trace# 00000000854240523780 |
| 07/02 | (173.83) | POS Withdrawal  SIMPLE/ACIMA 9815 S MONROE ST          8019873230  UTUS<br>Machine# 0000  Trace# 00000000726262311610 |
| 07/02 | (12.96) | POS Withdrawal  847386 SHELL SERVICE S          TUKWILA       WAUS<br>Machine# 84738601  Trace# 00000000918373861172 |
| 07/02 | (122.95) | ATM Withdrawal  GREAT WALL SHOP 249 SW 41ST STREET          RENTON       WAUS<br>Machine# CI026270  Trace# 00000000070200008134 |
| 07/03 | (142.06) | POS Withdrawal  AMZN Mktp US*MH5W38G71 440 Terry Ave N          Amzn.com/billW<br>Machine# 216000  Trace# 00000000200768522850 |
| 07/03 | (450.00) | POS Withdrawal  SQC*CASH APP 1455 MARKET ST          4153753176  CAUS<br>Machine# 0000  Trace# 00000000740292233740 |
| 07/03 | (21.81) | POS Withdrawal  TU *TRANSUNION 100 Cross St, #202          800-493-3292 CAUS<br>Machine# 214000  Trace# 00000000200807746530 |
| 07/03 | (22.50) | ATM Withdrawal  CITIZENS BANK,N 8163 OLD YANKEE ST          DAYTON        OHUS<br>Machine# LK579213  Trace# 00000000070300001710 |
| 07/03 | (184.65) | POS Withdrawal  WAL Wal-Mart Super 552371 5041 WAL-SAMS          BONNEY LAKE<br>Machine# 50410007  Trace# 00000000918551412144 |
| 07/03 | (19.11) | POS Withdrawal  WM SUPERCENTER # Wal-Mart Super Center  BONNEY LAKE  WAUS<br>Machine# 50410013  Trace# 00000000918400235712 |
| 07/03 | (63.00) | ATM Withdrawal  BANK OF AMERICA *BONNEY LAKE          BONNEY LAKE  WAUS<br>Machine# IWAN0021  Trace# 00000000959700000080 |
| 07/03 | (34.51) | POS Withdrawal  CHEVRON/BRIAN KWON DBA 6011 BOLLINGER CANYON RGIG HARBOR<br>W<br>Machine# 10041801  Trace# 00000000525832000000 |
| 07/03 | (6.55) | POS Withdrawal  APL* ITUNES.COM/BILL One Apple Park Way          866-712-7753 CAU<br>Machine# 202000  Trace# 00000000200960001080 |
| 07/03 | (21.85) | POS Withdrawal  APL* ITUNES.COM/BILL One Apple Park Way          866-712-7753 CAU<br>Machine# 379000  Trace# 00000000200957829560 |
| 07/04 | (79.15) | POS Withdrawal  76 - DEMS INC 18311 OLD BUCKLEY HW  BONNEY LAKE  WAUS<br>Machine# 375000  Trace# 00000000000232439000 |
| 07/19 | (500.00) | ATM Withdrawal  BECU 21184 STATE RT 410E   BONNEY LAKE  WAUS<br>Machine# WA053352  Trace# 00000000000000002387 |

## Deposit Account Activity (continued)

### Withdrawals (continued)

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 07/20 | (3.78) | POS Withdrawal 220208 TESORO # 62518     BONNEY LAKE WAUS<br>Machine# 22020801 Trace# 00000000920102086393 |
| 07/22 | (600.00) | POS Withdrawal CASH APP*CHUUUCHIN 1455 MARKET ST     4153753176 CAUS<br>Machine# 0000 Trace# 00000000854196146210 |
| 07/23 | (500.00) | POS Withdrawal CASH APP*CHUUUCHIN 1455 MARKET ST     4153753176 CAUS<br>Machine# 0000 Trace# 00000000854256829750 |
| 07/23 | (10.92) | POS Withdrawal Kindle Unltd*MA2K954N1 440 Terry Ave N     866-321-8851 W<br>Machine# 353000 Trace# 00000000200574056300 |
| 07/23 | (16.34) | POS Withdrawal Audible US*MA2TJ4LZ1 1 Washington Park, 16th888-283-5051 NJU<br>Machine# 208000 Trace# 00000000200681540020 |
| 07/24 | (400.00) | POS Withdrawal CASH APP*CHUUUCHIN 1455 MARKET ST     4153753176 CAUS<br>Machine# 0000 Trace# 00000000854279292510 |
| 07/24 | (10.92) | POS Withdrawal MICROSOFT*XBOX GAME PA ONE MICROSOFT WAY     MSBILL.INFO W<br>Machine# 1150 Trace# 00000000091509000970 |
| 07/25 | (400.00) | POS Withdrawal CASH APP*CHUUUCHIN 1455 MARKET ST     4153753176 CAUS<br>Machine# 0000 Trace# 00000000740321654400 |
| 07/25 | (100.00) | POS Withdrawal CASH APP*CHUUUCHIN 1455 MARKET ST     4153753176 CAUS<br>Machine# 0000 Trace# 00000000740321670430 |
| 07/25 | (100.00) | POS Withdrawal CASH APP*CHUUUCHIN 1455 MARKET ST     4153753176 CAUS<br>Machine# 0000 Trace# 00000000740321678320 |
| 07/25 | (100.00) | ATM Withdrawal SOUND CREDIT UNION 9911 PACIFIC AVE     TACOMA     WAUS<br>Machine# 961016 Trace# 00000000000000009724 |
| 07/26 | (400.00) | POS Withdrawal CASH APP*SARAH HOOV 1455 MARKET ST     4153753176 CAUS<br>Machine# 0000 Trace# 00000000854197669880 |
| 07/26 | (50.00) | Withdrawal Transfer to ******7284 |
| 07/26 | (10.00) | POS Withdrawal SHELL OIL 57444034409 6601 166TH AVE E     SUMNER     WA<br>Machine# 0000 Trace# 00000000547734001920 |
| 07/27 | (856.00) | POS Withdrawal CASH APP*CHUUUCHIN 1455 MARKET ST     4153753176 CAUS<br>Machine# 0000 Trace# 00000000740243311350 |
| 07/27 | (21.81) | POS Withdrawal TU *TRANSUNION 100 Cross St, #202     800-493-3292 CAUS<br>Machine# 335000 Trace# 00000000200447960280 |
| 07/29 | (2.99) | POS Withdrawal APL*ITUNES.COM/BILL One Apple Park Way     866-712-7753 CAUS<br>Machine# 239000 Trace# 00000000200591312990 |

### Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period. Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

### Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124. Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that might substantiate your dispute.

Case 19-42890-MJH    Doc 25-8    Filed 01/27/20    Ent. 01/27/20 22:52:01    Pg. 16 of 32

# STATEMENT OF ACCOUNTS



Leo B. Hoover
18205 106th St E
Bonney Lake, WA 98391-8137

000000

Statement Period: 08/01/2019 - 08/31/2019

2250508

## Summary of Deposit Account Activity

| | Account # | Beginning Balance | Withdrawals/ Fees* | Deposits | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|
| Business Member Share Savings | 7284 | 0.00 | (1,318.74) | 1,318.74 | | 0.00 |
| Business Interest Checking | 7317 | 0.34 | (1,455.17) | 1,290.55 | | (164.28) |

| *Including the following Fees | Statement Period Total | 2019 Year-to-Date Total |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Non-sufficient Funds (NSF) Fees | 0.00 | 250.00 |

## Deposit Account Activity

### Business Member Share Savings 7284

0.00% Annual Percentage Yield Earned for 31 day period
Average Daily Balance: $14.38
Year-to-date dividends: $0.09

0.10% dividends from 08/01/19

### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 08/27 | 318.74 | ATM Deposit BECU 21184 STATE RT 410E  BONNEY LAKE WAUS Machine# WA053351  Trace# 00000000000000005456 |
| 08/30 | 1,000.00 | Deposit Mobile Banking |

### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 08/27 | (70.66) | Overdraft Protection Withdraw |
| 08/27 | (240.00) | ATM Withdrawal BECU 21184 STATE RT 410E  BONNEY LAKE WAUS Machine# WA053351  Trace# 00000000000000005458 |
| 08/30 | (500.00) | ATM Withdrawal BECU 21184 STATE RT 410E  BONNEY LAKE WAUS Machine# WA053351  Trace# 00000000000000006078 |
| 08/30 | (78.53) | Overdraft Protection Withdraw |
| 08/31 | (429.55) | Overdraft Protection Withdraw |

### Business Interest Checking - 7317

0.00% Annual Percentage Yield Earned for 31 day period
Average Daily Balance: $0.45
Year-to-date dividends: $0.10

0.05% dividends from 08/01/19

800-233-2328   PO Box 97050
becu.org         Seattle, WA 98124-9750

Please direct inquiries to:
Boeing Employees' Credit Union
PO Box 97050, Seattle, Washington 98124-9750
206-439-5700 | 800-233-2328 | becu.org

Case 19-42890-MJH   Doc 25-8   Filed 01/27/20   Ent. 01/27/20 22:52:01   Pg. 17 of 32

## Deposit Account Activity (continued)

### Deposits

| Date | Amount | Transaction Description |
|---|---|---|
| 08/07 | 11.81 | ATM Deposit  BECU 3803 S. MERIDIAN      PUYALLUP      WAUS<br>Machine# WA053506  Trace# 00000000000000007053 |
| 08/07 | 700.00 | ATM Deposit  BECU 3803 S. MERIDIAN      PUYALLUP      WAUS<br>Machine# WA053504  Trace# 00000000000000007069 |
| 08/27 | 70.66 | Overdraft Protection Deposit |
| 08/30 | 78.53 | Overdraft Protection Deposit |
| 08/31 | 429.55 | Overdraft Protection Deposit |

### Withdrawals

| Date | Amount | Transaction Description |
|---|---|---|
| 08/07 | (10.67) | POS Withdrawal  392222 ARCO#82766LAKEW      TACOMA      WAUS<br>Machine# 39222201  Trace# 00000000921922229311 |
| 08/08 | (700.00) | POS Withdrawal  CASH APP*CHUUUUCHIN 1455 MARKET ST      4153753176  CAUS<br>Machine# 0000  Trace# 00000000740249855100 |
| 08/15 | (72.14) | POS Withdrawal  FRED M FUEL #9265  Q7 11 N MERIDIAN      PUYALLUP      W<br>Machine# 374000  Trace# 00000000300220022050 |
| 08/29 | (2.10) | POS Withdrawal  GLACIER WATER VENDING 101 N Cherry St      WINSTON SALEMNC<br>Machine# 356000  Trace# 00000000002705063500 |
| 08/29 | (71.34) | POS Withdrawal  76 - PIONEER 76/GRANIT 7101 PIONEER WAY      GIG HARBOR  W<br>Machine# 335000  Trace# 00000000002693492160 |
| 08/29 | (2.99) | POS Withdrawal  APL*ITUNES.COM/BILL One Apple Park Way      866-712-7753 CAUS<br>Machine# 354000  Trace# 00000000200255602120 |
| 08/29 | (2.10) | POS Withdrawal  GLACIER WATER VENDING 101 N Cherry St      WINSTON SALEMNC<br>Machine# 355000  Trace# 00000000002705063510 |
| 08/31 | (420.00) | POS Withdrawal  CASH APP*CHUUUUCHIN 1455 MARKET ST      4153753176  CAUS<br>Machine# 0000  Trace# 00000000740198722810 |
| 08/31 | (173.83) | POS Withdrawal  ACIMA CREDIT LLC 9815 S MONROE ST FL  801-2971982 UTUS<br>Machine# 32905021  Trace# 00000000122435635940 |

**Computation of Annual Percentage Yield Earned (APYE) and Interest/Dividend Paid**

APYE is the annualized rate calculation based on the amount of interest/dividends earned (not credited) and the average daily balance in the account during the statement period.  Interest/dividends are credited at the end of the account's crediting period as reflected in the activity column on the periodic statement.

**Negative Information Reporting Notice; and Address for Disputing Information on Consumer Reports**

We may report information about your account(s) to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
If you think information about your BECU account in a credit report or other consumer report is wrong, then please write to BECU - Credit Report Disputes, Mailstop 1082-2, P.O. Box 97050, Seattle WA 98124.  Please provide your full name and mailing address, the account number of the account being disputed, the specific information that you dispute, the name of the credit bureau or other consumer reporting agency from which the information came, and any supporting documentation that must substantiate your dispute.

# Form 1040 U.S. Individual Income Tax Return

Department of the Treasury—Internal Revenue Service (99)

2018   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

| Filing status: | ☐ Single   ☒ Married filing jointly   ☐ Married filing separately   ☐ Head of household   ☐ Qualifying widow(er) |
|---|---|

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Leo | Hoover | ███-█-4868 |

| Your standard deduction: | ☐ Someone can claim you as a dependent   ☐ You were born before January 2, 1954   ☐ You are blind |
|---|---|

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| Sarah V | Hoover | ███-█-8882 |

| Spouse standard deduction: | ☐ Someone can claim your spouse as a dependent   ☐ Spouse was born before January 2, 1954 | ☒ Full-year health care coverage or exempt (see inst.) |
|---|---|---|
| ☐ Spouse is blind | ☐ Spouse itemizes on a separate return or you were dual-status alien | |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
18205 106th St E

Presidential Election Campaign (see inst.)   ☐ You   ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
Bonney Lake WA 98391

If more than four dependents, see inst. and ✓ here ▶ ☐

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| Jasmine P   Hoover | ███-5687 | Daughter | ☒ | ☐ |
| Dylan a   Hoover | ███-7484 | Son | ☐ | ☒ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|
| Construction Project Manager | |
| Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| Home maker | |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | PTIN | Firm's EIN | Check if: ☐ 3rd Party Designee |
|---|---|---|---|---|
| Firm's name ▶ Self-Prepared | | Phone no. | | ☐ Self-employed |
| Firm's address ▶ | | | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2018)

---

Form 1040 (2018)      Page **2**

| | | | | |
|---|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 | | **1** | 56,418. |
| **2a** | Tax-exempt interest . . . | **2a** | | |
| | **b** Taxable interest . . . | | **2b** | |
| **3a** | Qualified dividends . . . | **3a** | | |
| | **b** Ordinary dividends . . | | **3b** | |
| **4a** | IRAs, pensions, and annuities . | **4a** | | |
| | **b** Taxable amount . . . | | **4b** | |
| **5a** | Social security benefits . | **5a** | | |
| | **b** Taxable amount . . . | | **5b** | |
| **6** | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | | **6** | 56,418. |
| **7** | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 | | **7** | 56,418. |
| **8** | Standard deduction or itemized deductions (from Schedule A) | | **8** | 24,000. |
| **9** | Qualified business income deduction (see instructions) . | | **9** | |
| **10** | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- . | | **10** | 32,418. |
| **11** | **a** Tax (see inst.) 3,510. (check if any from: **1** ☐ Form(s) 8814   **2** ☐ Form 4972   **3** ☐ ____ ) | | | |
| | **b** Add any amount from Schedule 2 and check here ▶ ☐ | | **11** | 3,510. |
| **12** | **a** Child tax credit/credit for other dependents 2,500.   **b** Add any amount from Schedule 3 and check here ▶ ☒ | | **12** | 2,619. |
| **13** | Subtract line 12 from line 11. If zero or less, enter -0- . | | **13** | 891. |
| **14** | Other taxes. Attach Schedule 4 . | | **14** | 0. |
| **15** | Total tax. Add lines 13 and 14 . | | **15** | 891. |
| **16** | Federal income tax withheld from Forms W-2 and 1099 . | | **16** | 3,854. |
| **17** | Refundable credits: **a** EIC (see inst.) No   **b** Sch. 8812 ____   **c** Form 8863 ____ | | | |
| | Add any amount from Schedule 5 | | **17** | |
| **18** | Add lines 16 and 17. These are your total payments | | **18** | 3,854. |

**Standard Deduction for—**
- Single or married filing separately, $12,000
- Married filing jointly or Qualifying widow(er), $24,000
- Head of household, $18,000
- If you checked any box under Standard deduction, see instructions.

**Refund**

| | | | |
|---|---|---|---|
| **19** | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** | **19** | 2,963. |
| **20a** | Amount of line 19 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | **20a** | 2,963. |

Direct deposit? See instructions.
▶ **b** Routing number 3 2 5 0 8 1 4 0 3   ▶ **c** Type: ☒ Checking ☐ Savings
▶ **d** Account number 3 6 1 0 1 8 7 2 8 4

| **21** | Amount of line 19 you want **applied to your 2019 estimated tax** ▶ | **21** | |
|---|---|---|---|

**Amount You Owe**

| **22** | **Amount you owe.** Subtract line 18 from line 15. For details on how to pay, see instructions ▶ | **22** | |
|---|---|---|---|
| **23** | Estimated tax penalty (see instructions) | | |

BAA    REV 02/14/19 Intuit.cg.cfp.sp    Form **1040** (2018)

# SCHEDULE 3
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Nonrefundable Credits

▶ Attach to Form 1040.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **03**

Name(s) shown on Form 1040

Leo & Sarah V Hoover

Your social security number

4868

| | | | | |
|---|---|---|---|---|
| **Nonrefundable Credits** | 48 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . . . | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 . . . . . . . | 49 | |
| | 50 | Education credits from Form 8863, line 19 . . . . . . . . . . . . . . | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 . . . . . . . . . | 51 | 119. |
| | 52 | Reserved . . . . . . . . . . . . . . . . . . . . . . . . | 52 | |
| | 53 | Residential energy credit. Attach Form 5695 . . . . . . . . . . . . . | 53 | |
| | 54 | Other credits from Form **a** ☐ 3800 **b** ☐ 8801 **c** ☐ _____ | 54 | |
| | 55 | Add the amounts in the far right column. Enter here and include on Form 1040, line 12 | 55 | 119. |

**For Paperwork Reduction Act Notice, see your tax return instructions.** REV 12/21/18 Intuit.cg.cfp.sp

**Schedule 3 (Form 1040) 2018**

Form **8880**

Department of the Treasury
Internal Revenue Service

## Credit for Qualified Retirement Savings Contributions

► Attach to Form 1040 or Form 1040NR.

► Go to *www.irs.gov/Form8880* for the latest information.

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **54**

Name(s) shown on return

Leo & Sarah V Hoover

Your social security number

▩-4868

*You **cannot** take this credit if **either** of the following applies.*


CAUTION

- The amount on Form 1040, line 7 or Form 1040NR, line 36 is more than $31,500 ($47,250 if head of household; $63,000 if married filing jointly).
- The person(s) who made the qualified contribution or elective deferral **(a)** was born after January 1, 2001; **(b)** is claimed as a dependent on someone else's 2018 tax return; or **(c)** was a **student** (see instructions).

| | | (a) You | (b) Your spouse |
|---|---|---|---|
| 1 | Traditional and Roth IRA contributions, and ABLE account contributions by the designated beneficiary for 2018. **Do not** include rollover contributions . . . . . . . . . . . . . . . . . . **1** | | |
| 2 | Elective deferrals to a 401(k) or other qualified employer plan, voluntary employee contributions, and 501(c)(18)(D) plan contributions for 2018 (see instructions) . . . . . . . . . . . . . . . . **2** | 1,190. | |
| 3 | Add lines 1 and 2 . . . . . . . . . . . . . . . . **3** | 1,190. | |
| 4 | Certain distributions received **after** 2015 and **before** the due date (including extensions) of your 2018 tax return (see instructions). If married filing jointly, include **both** spouses' amounts in **both** columns. See instructions for an exception . . . . . . . . . . . **4** | | |
| 5 | Subtract line 4 from line 3. If zero or less, enter -0- . . . . . **5** | 1,190. | |
| 6 | In each column, enter the **smaller** of line 5 or $2,000 . . . . . **6** | 1,190. | |

| | | | |
|---|---|---|---|
| 7 | Add the amounts on line 6. If zero, **stop;** you can't take this credit . . . . . . . . . | **7** | 1,190. |
| 8 | Enter the amount from Form 1040, line 7* or Form 1040NR, line 36 . . **8** | 56,418. | |
| 9 | Enter the applicable decimal amount shown below. | | |

| If line 8 is— | | And your filing status is— | | | | |
|---|---|---|---|---|---|---|
| Over— | But not over— | Married filing jointly | Head of household | Single, Married filing separately, or Qualifying widow(er) | | |
| | | Enter on line 9— | | | | |
| --- | $19,000 | 0.5 | 0.5 | 0.5 | | |
| $19,000 | $20,500 | 0.5 | 0.5 | 0.2 | | |
| $20,500 | $28,500 | 0.5 | 0.5 | 0.1 | **9** | x .1 |
| $28,500 | $30,750 | 0.5 | 0.2 | 0.1 | | |
| $30,750 | $31,500 | 0.5 | 0.1 | 0.1 | | |
| $31,500 | $38,000 | 0.5 | 0.1 | 0.0 | | |
| $38,000 | $41,000 | 0.2 | 0.1 | 0.0 | | |
| $41,000 | $47,250 | 0.1 | 0.1 | 0.0 | | |
| $47,250 | $63,000 | 0.1 | 0.0 | 0.0 | | |
| $63,000 | --- | 0.0 | 0.0 | 0.0 | | |

**Note:** If line 9 is zero, **stop;** you can't take this credit.

| | | | |
|---|---|---|---|
| 10 | Multiply line 7 by line 9 . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 119. |
| 11 | Limitation based on tax liability. Enter the amount from the Credit Limit Worksheet in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 3,510. |
| 12 | **Credit for qualified retirement savings contributions.** Enter the **smaller** of line 10 or line 11 here and on Schedule 3 (Form 1040), line 51; or Form 1040NR, line 48 . . . . . . . . . . . | **12** | 119. |

* See Pub. 590-A for the amount to enter if you claim any exclusion or deduction for foreign earned income, foreign housing, or income from Puerto Rico or for bona fide residents of American Samoa.

**For Paperwork Reduction Act Notice, see your tax return instructions.** BAA    REV 12/21/18 Intuit.cg.cfp.sp    Form **8880** (2018)

# Titan Home Installations, LLC
# Profit & Loss
### January 1 through July 31, 2019

|  | | Jul 1 - Jul 31, 2019 | | YTD |
|---|---|---|---|---|
| **Revenue** | | | | |
| **Gross Proffit** | | 8290.00 | | 58665.00 |
| | | | | |
| **Expenses** | | | | |
| **Cost of Goods** | **Cost of Goods Sold** | | | |
| | **Direct Construction Costs** | 475.00 | | 3965.00 |
| | **Indirect Construction Costs** | 215.00 | | 1420.00 |
| | **Total COGS** | 690.00 | | 5385.00 |
| | | | | |
| **General & Administrative** | | | | |
| | **Vehicle and Fuel** | 450.00 | | 3325.00 |
| | **Insurance** | 275.00 | | 1925.00 |
| | **Maintenance** | 75.00 | | 150.00 |
| | **Taxes** | 810.00 | | 5750.00 |
| | **Miscellaneous Fees** | 50.00 | | 180.00 |
| | **Total G&A** | 1660.00 | | 11330.00 |
| | | | | |
| **Total Expenses** | | 2350.00 | **YTD** | 16715.00 |
| | | | | |
| **TOTAL NET INCOME** | | 5940 | **YTD** | 41950 |

_Sarah Hoover_
Signature

Sarah Hoover
Name

_Aug 14, 2019_
Date

Owner
Title

## Your monthly mortgage statement

To obtain information about your account:
**Visit:** www.MortgageQuestions.com
**Call toll free:** 1-888-820-6474
**Fax:** 1-856-917-8300



0221916 01 AB 0.409 **AUTO T3 0 2602 98391-813705 -C05-P22157-I  4      RE      NZ1



ESTATE OF ALI SULEIMAN
18205 106TH ST E
BONNEY LAKE, WA 98391-8137

| | |
|---|---|
| Loan number ▓▓▓▓ 5107 | |
| Payment Due Date: 9/1/2019 | |
| **Amount Due: $29,989.84** | |
| *If payment is received after 9/16/2019, a $50.58 late fee may be charged.* | |

**Statement Date:  8/16/2019**

### Account Information

| | |
|---|---|
| Property Address | 18205  106TH ST E |
| | BONNEY LAKE, WA 98391 8137 |
| Outstanding Principal Balance (not payoff amount) | $170,282.85 |
| Current Interest Rate | 2.9223% |
| Prepayment Penalty | No |
| Escrow Balance | $6,111.02- |
| Suspense Balance | $60.67 |

### Explanation of Amount Due

| | |
|---|---|
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $253.00 |
| Assessed Expenses | $3,605.48 |
| Past Due Payment(s) | $26,131.36 |
| Total Amount Due as of 8/16/2019 | $29,989.84 |
| Accelerated Amount (not a payoff amount) | $186,211.07 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and/or Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $60.67 |
| Total | $0.00 | $60.67 |

### Important Messages

You are currently due for the 4-1-2018 payment.
Your last full payment was applied to the payment due 3-1-2018.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

### Transaction Activity

| Posted Date | Received/ Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Late Charges, Shortages & Fees ($) | Suspense & Other  ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|
| 08/15 | | Assessed Expense - INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $14.50 | $0.00 |

## Important Information

Please note your loan has been referred to an attorney to start foreclosure proceedings.  Prior to remitting payment you MUST contact the attorney for the full reinstatement amount as the amount above may have changed.  If you need information regarding the attorney assigned to your loan please contact customer service at 866-947-7729.

If you have been approved for a loss mitigation workout program, please refer to your agreement for payment details.

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

Case 19-42890-MJH    Doc 25-8    Filed 01/27/20    Ent. 01/27/20 22:52:01    Pg. 24 of 32

 **NewRez**

C/O PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

ESTATE OF ALI SULEIMAN

**To obtain information about your account:**
**Visit: www.MortgageQuestions.com**
**Call toll free: 1-888-820-6474**
**Fax:** 1-856-917-8300
Loan number: ▮▮▮▮5107



---

## ** Delinquency Notice **

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure — the loss of your home. Your loan became delinquent 4/1/2018. As of 08/16, you are 502 days delinquent on your mortgage loan.

*Recent Account History*

- Payment due on 03/01/19:   Unpaid balance of $1,564.46
- Payment due on 04/01/19:   Unpaid balance of $1,564.46
- Payment due on 05/01/19:   Unpaid balance of $1,564.46
- Payment due on 06/01/19:   Unpaid balance of $1,564.46
- Payment due on 07/01/19:   Unpaid balance of $1,564.46
- Payment due on 08/01/19:   Unpaid balance of $1,564.46
- Current payment due 09/01/19: $1,564.46
- **Total: $29,989.84 due. You must pay this amount to bring your loan current.**

**If you are experiencing financial difficulty:** See the back of page 1 of your statement for information about mortgage counseling or assistance.

**The first notice or filing required by applicable law for the foreclosure process has been made.**

## U.S. Department of State
# REPORT OF DEATH OF A U.S. CITIZEN OR U.S. NON-CITIZEN NATIONAL ABROAD

Jakarta
Post

03-02-2015
Date of Issue *(mm-dd-yyyy)*

SSA No. ████ 892

Name in full     Ali Suleiman

Age     76

Date *(mm-dd-yyyy)* and Place of Birth     ██████     Indonesia

Evidence of U.S. Citizenship     Regular Passport ████ 0472 Issued On April 11, 2005

Address in U.S.A.     24805 22nd Ave S. Kent, Washington  98032     United States Of America

Permanent or Temporary Address Abroad     Komp. Sukarami Patra Permai IV H 9A Kebun Bunga Palembang,  Indonesia

| Date of death | Feb | 24 | | | 2015 |
|---|---|---|---|---|---|
| | Month | Day | Hour | Minute | Year |

Place of death     RSUP Dr. Mohammad Hoesin     Palembang, South Sumatera     Indonesia
Number and street or Hospital/hotel     City     Country

Cause of death     Not provided by Local Government
Including authority for statement - if physician, include full name and official title, if any

Disposition of the remains     Buried in Pemakaman Kambojah, Palembang, South Sumatera, Indonesia on 02/27/2015

Local law governing disinterment of remains provides that     N/A

Disposition of the effects     Nurhasinah Suleiman

Person or official responsible for custody of effects and accounting therefore
Nurhasinah Suleiman

Traveling/residing abroad with relatives or friends as follows:
NAME     ADDRESS
Nurhasinah Suleiman     Komp. Sukarami Patra Permai IV H 9A, RT006/003, Kebun Bunga Palembang, South

Informed by telegram or telephone
NAME     ADDRESS
Sarah Hoover     18205 106th St. E Bonney Lake, WA USA 98391

DATE *(mm-dd-yyyy)*
NOTIFIED
2/27/2015

Copy of this report sent to:
NAME     ADDRESS
Nurhasinah Suleiman     Komp. Sukarami Patra Permai IV H 9A, RT006/003, Kebun
Sarah Hoover     18205 106th St. E Bonney Lake, WA USA 98391
Amir Suleiman     24805 22nd Ave S. Kent, WA USA 98032

DATE *(mm-dd-yyyy)*
SENT
3/2/2015
3/2/2015
3/2/2015

Notification or copy sent to Federal Agencies:     SSA  x  VA     CSC     Other
State Agency

The original copy of this document and information concerning the effects are being placed in the permanent files of the U.S.
Department of State, Washington, DC 20520.

Remarks:
03/02/2015 this ROD is also sent to: Sofiah Corcoran (Daughter), c/o Amir Suleiman, 24805 22nd Ave S
(Continue on reverse if necessary.)

Signature on all copies.

[SEAL]

Michael Sweeney     of the United States of America.
Consul

DS-2060  *(Formerly OF-180)*     For Additional Certified Copies, see http://travel.state.gov/passport/faq/faq_5057.html
11-2012

*(right margin, rotated)* Suleiman (Last name)     Ali (First name)     Ali (Middle name)     02-24-2015 (Date *(mm-dd-yyyy)* of death)



State Farm Fire and Casualty Company

# Homeowners Rate Quote

### Prepared:  June 6, 2019

| | | |
|---|---|---|
| **Prepared for:** HOOVER, SARAH<br>18205 106TH ST E<br>BONNEY LAKE,  WA  98391-8137 | **Prepared by:** | Jeff Ward<br>Jeff Ward Insurance Agency Inc<br>18207 Vet Mem Dr E Ste 1<br>Bonney Lake,  WA  98391-5165<br>Phone: (253)987-5274 |

**Property Location:**  18205 106TH ST E
BONNEY LAKE,  WA  98391-8137

| | | | |
|---|---|---|---|
| **Year Built:** | 2004 | **Subzone:** | 11 |
| **Territory Zone:** | 13 | **Construction:** | Frame |

**Quote Effective Date:**  06/06/2019
**Num Families:**   1

**Rate IV:**   100%

**Quote Description:**  100% Replacement Cost

**Quote Results**

| | Limit | Premium |
|---|---|---|
| **Coverages** | | |
| Dwelling (Coverage A) | 290,000 | 1,517.00 |
| Increased Dwelling - Option ID | 58,000 | |
| Dwelling Extension | 29,000 | |
| Personal Property (Coverage B) | 217,500 | |
| Personal Liability (Coverage L) each occurrence | 300,000 | 15.00 |
| Medical Payments (Coverage M) each occurrence | 5,000 | 9.00 |
| Credit Card / Bank Card and Forgery | 1,000 | |
| Damage to Property of Others (Each Occurrence) | 500 | |
| Loss of Use (Actual Loss Sustained) | | |
| **Loss Settlement Provision** | | |
| Loss Settlement Option - Dwelling | A1 - Replacement Cost - Similar Construction | |
| Loss Settlement Option - Personal Property | B1 - Limited Replacement Cost | |
| **Deductibles** | | |
| Policy deductible | 1% 2,900 | |
| **Charges / Credits** | | |
| Claim free discount | | (76.00) |
| Solid fuel appliance | | N/A |
| Utility rating plan | | (29.00) |
| **Policy Options and Endorsements** | | |
| Jewelry and Furs | 1,500 / 2,500 Option JF included | |
| Silver / Goldware Theft - Option SG | 2,500 included | |
| Business Property - Option BP | 1,500 included | |
| Building Ordinance or Law - Option OL (% of Coverage A) | 10% 29,000 | |
| Firearms - Option FA | 2,500 included | |
| Home Computer - Option HC | 5,000 included | |
| Back-Up Dwell/Listed Property | 10,000 | 15.00 |
| Fire Department Service Charge Increased Limits | 500 included | |
| **Total Annual Premium** | | 1,451.00 |
| **Monthly Premium (Service charge not included)** | | 120.92 |

This example of available coverages and limits is not a contract, binder, or recommendation of coverage.  This quote assumes you insure for 100% of the estimated replacement cost of your home.  Higher limits are available at a higher premium.  Coverage is available in a lesser amount, subject to restrictions and limitations.  If information used for rating changes or different rates are effective at the time of policy issuance, this rate quote may be revised.  All coverages are subject to the terms and conditions contained in the policy and endorsements.  You must choose your limits and coverages.

Page 1 of 1                    2009  128883  209  05-10-2012

September 16, 2019

To Whom it May Concern:

I own a family business, Titan Home Installations, together with Leo Hoover. I do not have a traditional personal bank account so am unable to provide you with any kind of personal bank statements. I have, however, provided our business bank statements.

Thank you,

*Sarah Hoover*

Sarah Hoover
18205 106th Street East
Bonney Lake, Washington 98391
█████████████

## Titan Home Installations, LLC
# Profit & Loss
### January 1 through July 31, 2019

| | Jul 1 - Jul 31, 2019 | | YTD |
|---|---|---|---|
| **Revenue** | | | |
| **Gross Proffit** | 8290.00 | | 58665.00 |
| | | | |
| **Expenses** | | | |
| **Cost of Goods  Cost of Goods Sold** | | | |
| Direct Construction Costs | 475.00 | | 3965.00 |
| Indirect Construction Costs | 215.00 | | 1420.00 |
| **Total COGS** | 690.00 | | 5385.00 |
| | | | |
| **General & Administrative** | | | |
| Vehicle and Fuel | 450.00 | | 3325.00 |
| Insurance | 275.00 | | 1925.00 |
| Maintenance | 75.00 | | 150.00 |
| Taxes | 810.00 | | 5750.00 |
| Miscellaneous Fees | 50.00 | | 180.00 |
| **Total G&A** | 1660.00 | | 11330.00 |
| | | | |
| **Total Expenses** | 2350.00 | YTD | 16715.00 |
| **TOTAL NET INCOME** | 5940 | YTD | 41950 |

Sarah Hoover 9/16/19     9/16/19

Signature    Date     Signature    Date

Sarah Hoover, Owner     LEO HOOVER, OWNER

Name    Title     Name    Title

# Non-Borrower Financial Contribution Form

Use this form for an individual at your property address who is not on the loan as a borrower, but whose income will be included in the review of your loan modification.

**Borrower name(s):** _Sarah Hoover_

**Mortgage account number:** _____

**Property address:** _18205 106th St. E_
_Bonney Lake, WA 98391_

**Information to be completed by the non-borrower occupant (s):**

**Non-Borrower 1:**
**Name:** _Leo_    _B._    _Hoover_ _____
     First      Middle      Last      Suffix

**By signing below, I agree to the following:**

- I reside at the borrower's principal residence and request my income be included in the review for a modification on the loan secured by this property.
- I contribute the following income to household expenses and mortgage payments each month and will continue to do so for the foreseeable future (check one):
  ☑ **100% of my income**    ☐ Other amount $_____
- Has your income previously been used in an evaluation for a Home Affordable Modification Program (HAMP) trial period plan or permanent modification for a principal residence? ☐ Yes ☑ No
- Has the mortgage on any other property that you own had a permanent Making Home Affordable Modification.
  ☐ Yes ☑ No    If yes, how many? _____

**Signature of non-borrower occupant 1:**

_Leo Hoover_ _____    _09/16/19_
Signature                      Date

**Non Borrower 2:**
**Name:** _____
     First      Middle      Last      Suffix

**By signing below, I agree to the following:**

- I reside at the borrower's principal residence and request my income be included in the review for a modification on the loan secured by this property.
- I contribute the following income to household expenses and mortgage payments each month and will continue to do so for the foreseeable future (check one):
  ☐ 100% of my income    ☐ Other amount $_____
- Has your income previously been used in an evaluation for a Home Affordable Modification Program (HAMP) trial period plan or permanent modification for a principal residence? ☐ Yes ☐ No

- Has the mortgage on any other property that you own had a permanent Making Home Affordable Modification.
  ☐ Yes  ☐ No      If yes, how many? _____

**Signature of non-borrower occupant 2:**

_____     _____
Signature                                                     Date