# EXHIBIT O

09/25/2019

Occupant
18205 106th St E, Bonney Lake, WA 98391

As a result of the sale on 09/13/2019 this property is now owned by IH6 Property Washington, LP. By law, this correspondence is provided to you by notice posted, regular mail and certified mail with return receipt requested.

If you are living in this property, you and all persons in possession may have several options available to you. Please review the information below thoroughly and contact IH6 Property Washington, LP.'s property management company at the contact information listed below as soon as possible to discuss these options.

Attached to this letter is a legal notices that is very important to read over. The different notices apply to different types of occupants so depending on your situation, you will have several options on how to proceed forward.

***Please note the following if you are the previous homeowner of the address listed above:***

> If you are the previous owner or an occupant who is not a tenant of the property that was purchased, pursuant to RCW 61.24.060, the purchaser at the trustee's sale is entitled to possession of the property on 10/03/2019, which is the twentieth day following the sale.

We understand that this is a difficult and sometimes surprising situation. We would like to find help you find the best option that fits your needs within the limits of the law.

Please contact us within five (5) days of this letter.

**PLEASE CONTACT US IMMEDIATELY**

T: (206) 582-7734 F: (425) 732-4529 E: jrumens@invitationhomes.com

09/25/2019

Occupant
18205 106th St E, Bonney Lake, WA 98391

As stated in the attached notice, due to a foreclosure sale on 09/13/2019, this property is now owned by IH6 Property Washington, LP. By law, this correspondence is provided to you by posted notice, regular mail and certified mail with return receipt requested.

If you are a tenant, we require that a copy of the agreement be sent to our office immediately. If you are a tenant, you are entitled to the following:

## NOTICE

The property located at 18205 106th St E, Bonney Lake, WA 98391 was purchased at a trustee's sale by IH6 Property Washington, LP on 09/13/2019.

1. If you are a tenant or subtenant in possession of the property that was purchased, pursuant to RCW 61.24.146, the purchaser at the trustee's sale may either give you a new rental agreement or give you a written notice to vacate the property in sixty (60) days or more before the end of the monthly rental period. The purchaser at the trustee's sale is entitled to possession of the property on 12/01/2019, which is the first day of the month following a period of sixty (60) days.

2. This letter is also a notice of termination pursuant to RCW 59.12.030 and RCW 61.24.060. Your tenancy is hereby terminated and you are required to vacate the property on or before 12/01/2019. You are still required to pay rent for the remainder of your occupancy.

Please note that if you prepaid any amounts or paid any refundable amounts to a previous landlord, these amounts have not been transferred to your new landlord. If they have not already been refunded to you, you may have a claim under RCW 59.18.270 to recover those amounts from whomever you paid them to. That amount will not be credited toward your rent or any other amounts due to your new landlord.

If you would like to discuss options regarding rent credits or financial relocation assistance in exchange for a sooner move out date, please contact our office so that we can discuss the options.

We look forward to speaking with you.

Jaqueline Rumens
Portfolio Operations Director
Invitation Homes

T: (206) 582-7734 F: (425) 732-4529 E: jrumens@invitationhomes.com
Please mail all rent and correspondence to: Invitation Homes
15900 SE Eastgate Way Ste 150 Bellevue, WA 98008