# EXHIBIT P



C/O PHH Mortgage Services  
1 Mortgage Way  
Mt. Laurel NJ 08054

Tel 888-820-6474  
Fax 856-917-8300

October 03, 2019

Loan Number: ▆▆▆▆5107  
Property Address:  
18205 106th St E  
Bonney Lake WA 98391

Leo Hoover  
18205 106th St E  
Bonney Lake WA 98391

Dear Leo Hoover

You recently contacted us indicating you acquired an ownership interest in the above referenced property. In response, we sent you a letter dated 10/03/2019 indicating the documents we will accept, given your circumstances, to confirm you as a successor-in-interest to the borrower, as well as proof of your identity. As this time, we are still in need of the following documentation to confirm your interest:

. Deed titled to you and the borrower as joint tenants with a right of survivor
ship
. Deed transferring the real property to you
. A copy of a recorded transfer on death deed
. Deed titled to you and the borrower as community property
. Court order, decree, or other document executed or certified by a court
. Copy of a will and some record that it was admitted to probate
. Affidavit proving that you are the borrower's lawful heir under the Washingto
n laws of intestate succession
. Your photo identification
. Evidence that you are a relative of the borrower

We encourage you to seek the advice of counsel regarding any questions you may have regarding your individual circumstances.

The documents may be sent to us by fax, mail, or email as follows:

PHH Mortgage Services  
1 Mortgage Way  
Mt. Laurel, NJ 08054  
Attn: Special Loans, SV-13  
Fax: 856-917-2878 or E-mail: MBSEstateandTitleChange@Mortgagefamily.com

We ask that you provide this information to us by October 18, 2019 so that we can confirm you as a successor-in-interest and provide you with notices and communications about the loan that may be helpful to you.

Please note that you may submit a Request for Information. You must use the address below and include your name, the mortgage loan account number, property address, and a statement of the information you are requesting:

PHH Mortgage Services  
P.O. Box 66002  
Lawrenceville, NJ 08648

If you require additional assistance, please contact our Customer Care Center at the above referenced number.

Sincerely,

*Log in to MortgageQuestions.com --- your servicing website connection.*



C/O PHH Mortgage Services  
1 Mortgage Way  
Mt. Laurel NJ 08054

Tel 888-820-6474  
Fax 856-917-8300

Special Loans Department

SP152 BD1

*Log in to MortgageQuestions.com --- your servicing website connection.*