|   |   |
|---|---|
| 1 | Judge Mary Jo Heston |
| 2 | Chapter 13 |
|   | Location: Tacoma |
| 3 | Hearing Date: February 3, 2020 |
|   | Hearing Time: 1:00 p.m. |
| 4 | Response Due: January 27, 2020 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

IN RE:

SARAH HOOVER,

    Debtor.

BK Case No. 19-42890-MJH

Chapter: 13

DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF RESPONSE TO MOTION TO ANNUL THE AUTOMATIC STAY

I, Christina L Henry, hereby declare as follows:

1. I am an attorney for the Plaintiff in the above-referenced adversary proceeding and I have personal knowledge concerning all information in this declaration.

2. Attached hereto as Exhibit 1 is the letter I sent regarding Ms. Hoover's stay violation on November 22, 2019.

3. Attached hereto as Exhibit 2 is the letter I sent regarding Ms. Hoover's stay violation on December 12, 2019.

4. Attached hereto as Exhibit 3 is the letter I sent regarding Ms. Hoover's stay violation on December 20, 2019.

5. Attached hereto as Exhibit 4 are true and correct copies of emails exchanged with Robert McDonald of Quality Loan Services with notice to McCarthy Holthus, and IH6

6. Attached hereto as Exhibit 5 is the letter I sent regarding Ms. Hoover's stay violation on January 8, 2020.

DECLARATION OF CHRISTINA L HENRY
IN SUPPORT OF RESPONSE TO MOTION
TO ANNUL THE AUTOMATIC STAY - 1

Henry & DeGraaff, P.S.
787 Maynard Ave S.
Seattle, Washington 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 19-42890-MJH    Doc 26    Filed 01/27/20    Ent. 01/27/20 22:54:28    Pg. 1 of 2

1   I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE
2   OF WASHINGTON AND THE UNITED STATES THAT THE ABOVE IS TRUE AND
3   CORRECT.
4   Executed at Bothell, WA this January 27th, 2020

             /s/ Christina L Henry
             Christina L Henry, WSBA# 31273

DECLARATION OF CHRISTINA L HENRY
IN SUPPORT OF RESPONSE TO MOTION
TO ANNUL THE AUTOMATIC STAY - 2

**Henry & DeGraaff, P.S.**
787 Maynard Ave S.
Seattle, Washington 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 19-42890-MJH    Doc 26    Filed 01/27/20    Ent. 01/27/20 22:54:28    Pg. 2 of 2