THE HONORABLE MARY JO HESTON

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re | Chapter 13 |
| SARAH HOOVER, | Case No.: 19-42890-MJH |
| Debtor. | DECLARATION OF RYAN S. MOORE IN SUPPORT OF MOTION TO ANNUL AUTOMATIC STAY |

I, Ryan S. Moore, hereby declare as follows:

1. I am over the age of eighteen (18), competent to testify, and make the following statements based on my personal knowledge.

2. I am an attorney of record for PHH Mortgage Corporation ("PHH").

3. On or about July 25, 2006, Ali Suleiman, a single man, through his attorney-in-fact, executed a deed of trust for the amount of $330,000.00 plus interest, securing the property commonly known as 18205 106th Street East, Bonney Lake, WA 98391. On July 31, 2006, the deed of trust was recorded with the Pierce County Auditor's Office under Recording No. 200607310903. A true and correct copy of that deed of trust is attached hereto as **Exhibit A**.

DECLARATION OF RYAN S. MOORE IN SUPPORT OF
MOTION TO ANNUL AUTOMATIC STAY
CASE NO. 19-42890-MJH
Page 1

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 19-42890-MJH    Doc 41    Filed 02/20/20    Ent. 02/20/20 10:52:42    Pg. 1 of 3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 20, 2020

                              *s/ Ryan S. Moore*
                              Ryan S. Moore, WSBA No. 50098

DECLARATION OF RYAN S. MOORE IN SUPPORT OF
MOTION TO ANNUL AUTOMATIC STAY
CASE NO. 19-42890-MJH
Page 2

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 19-42890-MJH    Doc 41    Filed 02/20/20    Ent. 02/20/20 10:52:42    Pg. 2 of 3

# CERTIFICATE OF SERVICE

I the undersigned declare as follows: I am over the age of 18 years and am not a party to this action. On February 20, 2020, I served the foregoing document(s): DECLARATION OF RYAN S. MOORE IN SUPPORT OF MOTION TO ANNUL AUTOMATIC STAY in the manner described below:

| | |
|---|---|
| Christina L. Henry<br>Henry & Degraaff, P.S.<br>787 Maynard Ave S., Suite B<br>Seattle, WA 98104<br>chenry@hdm-legal.com<br>*Counsel for Debtor* | ☐ U.S. Mail, Postage Prepaid<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☒ CM/ECF<br>☐ Courier |
| John A. McIntosh<br>Schweet Linde & Coulson, PLLC<br>575 S. Michigan St.<br>Seattle, WA 98108<br>johnm@schweetlaw.com<br>*Counsel for IH6 Property Washington, L.P.* | ☐ U.S. Mail, Postage Prepaid<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☒ CM/ECF<br>☐ Courier |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 20, 2020

      *s/ Shawn Williams*
      Shawn Williams

DECLARATION OF RYAN S. MOORE IN SUPPORT OF MOTION TO ANNUL AUTOMATIC STAY
CASE NO. 19-42890-MJH
Page 3

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 19-42890-MJH    Doc 41    Filed 02/20/20    Ent. 02/20/20 10:52:42    Pg. 3 of 3