Entered on Docket March 3, 2020

**Below is the Order of the Court.**

_____
**Mary Jo Heston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | |
| SARAH HOOVER, | Case No. 19-42890 |
| Debtor. | |
| SARAH HOOVER, | Adversary No. 20-04002 |
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING ACTIONS AND SETTING STATUS CONFERENCE** |
| QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE SERVICES D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEW REZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES, | |
| Defendants. | |

ORDER CONSOLIDATING ACTIONS AND
SETTING STATUS CONFERENCE - 1

1  This matter came before the Court for hearing on February 20, 2020, on IH6 Property
2  Washington L.P.'s ("IH6") Motion to Annul Automatic Stay as to the real property where the
3  Debtor lives located at 18205 106th Street East, Bonney Lake, Washington ("Property"), ECF
4  No. 18 ("Motion").  The Debtor filed her Response to the Motion, ECF No. 24, asking the Court
5  to deny IH6's requested relief.  At the February 20, 2020 hearing, the following parties appeared
6  through their counsel of record: the Debtor, IH6, PHH Mortgage Services ("PHH"), and Quality
7  Loan Service Corporation of Washington ("QLS").  The Debtor also filed a related adversary
8  complaint on January 25, 2020, alleging willful violation of the automatic stay under 11 U.S.C.
9  §362(k)(1).  Adv. Pro. 20-04002 ("AP"); ECF No. 23.  The complaint names the following parties
10 as defendants: QLS, PHH, HSBC Bank USA, New Rez, LLC, and IH6.

In both the Motion and the AP, there are common questions of law and fact that include but are not limited to: the nature of the Debtor's interest in the Property; whether IH6's foreclosure action violated the automatic stay and, if so, whether the facts justify annulment of the stay or damages or sanctions under 11 U.S.C. § 362(k).  Based on the common questions of law and fact arising from the Motion and the AP, these two actions are consolidated under Federal Rules of Bankruptcy Procedure ("FRBP") 7042.  *See* FRBP 4001(a), 7042, 9014, *and Hall v. Hall*, 138 S. Ct. 1118, 1131 (2018) (citing 9A Wright & Miller § 2383 (3d ed.) (collecting cases) (noting in dicta that "[trial] courts enjoy substantial discretion in deciding whether and to what extent to consolidate cases"), *and Quillen v. Guttman*, 2010 WL 1416122, at *3 (D. Md. Apr. 5, 2010) (affirming a bankruptcy court's *sua sponte* consolidation of a contested matter into a related adversary proceeding under Rule 7042).  Now therefore, it is hereby

**ORDERED** that the Motion is consolidated into the AP pursuant to FRBP 7042; it is further

1     **ORDERED** that pursuant to Rule 7016 a status conference is scheduled for March 13, 2020, at 9:00 AM at the U.S. BANKRUPTCY COURT, 1717 Pacific Avenue, Courtroom H, Tacoma, Washington; it is further

    **ORDERED** that the parties file a brief pleading proposing a discovery and briefing schedule prior to the status conference on or before March 11, 2020.

/ / / End of Order / / /